

# Farrell Fritz, P.C.

370 Lexington Avenue - Suite 800
New York, NY 10017
Telephone 212.687.1230
Fax 212.687.2175
www.farrellfritz.com

**Michael F. Fitzgerald**
Counsel

Direct Dial 212.687.0761
Direct Fax 646.237.1819
mfitzgerald@farrellfritz.com

Our File No.
20986-104

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/1/11
```

November 18, 2011

**VIA FACSIMILE** – 212-805-7948
Honorable Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Automobile Club of New York, d/b/a AAA New York and AAA North Jersey, Inc. v. Port Authority of New York and New Jersey*, 11 Civ 6746 (RJH)

Dear Judge Holwell,

We represent plaintiffs in the above-captioned action. Plaintiffs will be filing today their memorandum both in reply on their application for a preliminary injunction and in opposition to defendant's motion to dismiss. Your Honor's individual practices limit memoranda in opposition to motions to twenty-five pages, and reply memoranda to ten pages. Plaintiffs' memorandum will serve both purposes. In addition, plaintiffs are responding to new information raised for the first time in defendant's opposition. For those reasons, plaintiffs respectfully request that they be permitted to file a brief up to twenty-five pages.

Counsel for defendant Port Authority of New York and New Jersey consents to this application.

*Request Granted.*

Respectfully submitted,

Michael F. Fitzgerald

cc:   Carlene McIntyre, Esq., by fax
      Marta Genovese, Esq.

**SO ORDERED**

RICHARD J. HOLWELL
UNITED STATES DISTRICT JUDGE
11/24/11

Bridgehampton   •   Hauppauge   •   Uniondale