```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

AUTOMOBILE CLUB OF NEW YORK,          :
INC., d/b/a "AAA New York,"
et al.,                                :

                    Plaintiffs,        :   11 Civ. 6746 (RKE)(HBP)

     -against-                         :

THE PORT AUTHORITY OF NEW YORK         :
AND NEW JERSEY,
                                       :
                    Defendant.
                                       :
---------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/12

PITMAN, United States Magistrate Judge:

The deadline for the completion of discovery in this matter is extended to November 12, 2012.

Dated:  New York, New York
        September 27, 2012

SO ORDERED

HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Kevin P. Mulry, Esq.
Farrell Fritz, P.C.
1320 Reckson Plaza
Uniondale, New York  11556

Michael F. Fitzgerald, Esq.
Farrell Fritz, P.C.
Suite 800
370 Lexington Avenue
New York, New York  10017

Kathleen G. Miller, Esq.
The Port Authority of New
   York and New Jersey
14th Floor
225 Park Avenue South
New York, New York  10003

Randy M. Mastro, Esq.
Gibson, Dunn & Crutcher, LLP
48th Floor
200 Park Avenue
New York, New York  10166