UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AUTOMOBILE CLUB OF NEW YORK,
INC. d/b/a AAA NEW YORK and AAA
NORTH JERSEY, INC.,

          Plaintiffs,

     -against-

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

          Defendant.

------------------------------------------------------------x

No. 11 Civ. 6746 (RKE) (HBP)

ORAL ARGUMENT REQUESTED

### NOTICE OF PORT AUTHORITY CHAIRMAN DAVID SAMSON'S AND COMMISSIONER JEFFREY H. LYNFORD'S MOTION TO QUASH SUBPOENAS OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER

PLEASE TAKE NOTICE that, Port Authority Chairman David Samson and Commissioner Jeffrey H. Lynford will serve their Memorandum of Law of in support of their Motion to Quash Subpoenas or, in the Alternative, for a Protective Order, and the accompanying Declaration of Alexander Southwell, dated October 10, 2012, upon Plaintiffs Automobile Club of New York, Inc. and AAA New Jersey, Inc. (collectively, "AAA") on October 10, 2012. AAA will serve their opposition to the motion on or before October 17, 2012. Chairman Samson and Commissioner Lynford will serve their reply in further support of their motion three days after receipt of service of AAA's opposition to their motion, at which point Chairman Samson and Commissioner Lynford will move this Court, before the Honorable Robert Lee Pitman, United States District Judge, at a time and date to be determined by the Court, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, for an Order quashing subpoenas or, in the alternative, issuing a protective order, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
October 10, 2012

GIBSON, DUNN & CRUTCHER LLP
By: /s/ Randy M. Mastro
Randy M. Mastro (RM-9492)
Debra Wong Yang (admitted *pro hac vice*)
Alexander H. Southwell (AHS-0997)
Nancy Hart (NH-1789)

200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

*Attorneys for Chairman David Samson and Commissioner Jeffrey Lynford*

2