UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AUTOMOBILE CLUB OF NEW YORK, INC.,
d/b/a AAA New York, and AAA NORTH
JERSEY, INC.,

          Plaintiffs,

          Before: Richard K. Eaton, Judge*

    v.

          11 Civ. 6746 (RKE)

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

          Defendant.
------------------------------------------------------------x

## ORDER

Upon consideration of letters from the parties (ECF Dkt. Nos. 120, 121), it is hereby

ORDERED that defendant's request for a conference is DENIED. Defendant may, if it wishes, file papers in opposition to plaintiffs' motion for a preliminary injunction in accordance with the Federal Rules of Civil Procedure.

It is SO ORDERED.

Dated:     November 4, 2014
             New York, New York

                                              /S/      Richard K. Eaton
                                                             Judge

---

\* Judge Richard K. Eaton, of the United States Court of International Trade, sitting by designation.