**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Richard W. Mark
Direct: +1 212.351.3818
Fax: +1 212.351.5338
RMark@gibsondunn.com

November 5, 2014

<u>VIA ELECTRONIC MAIL</u>

The Honorable Richard K. Eaton
United States Court of International Trade
One Federal Plaza
New York, New York 10278

Re:  *Automobile Club of New York, d/b/a AAA New York and AAA North Jersey, Inc., v. Port Authority of New York and New Jersey*, 11 Civ. 6746 (RKE) (HBP)

Dear Judge Eaton:

This letter is submitted jointly on behalf of the defendant Port Authority of New York and New Jersey and plaintiffs Automobile Club of New York, Inc. d/b/a AAA New York and AAA North Jersey, Inc.

Counsel for the parties have conferred and, if it is acceptable to the Court, have agreed on a schedule for submitting briefs on the plaintiffs' Motion to Enjoin Toll Increase, filed on October 24, 2014 (D.I. 116). Under that proposed schedule, defendant's time to file papers in response to the motion is extended from November 7 to on or before November 14, 2014, and plaintiffs may file reply papers on or before November 21, 2014. Subject to the Court's availability, the parties respectfully request that oral argument on the motion be scheduled for a date during the week of December 1 (but excluding Monday, December 1), in advance of the December 7 scheduled date for the toll increase.

We thank the Court for its attention to this matter.

Respectfully,

Richard W. Mark

cc: All Counsel of Record (*via ECF filing*)