UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                 :

AUTOMOBILE CLUB OF NEW YORK, INC.,  :
d/b/a AAA New York, and AAA NORTH
JERSEY, INC.,                              :

                  Plaintiffs,        :       11 Civ. 6746 (RKE)

                  v.                :

                                 :       **ORDER**
THE PORT AUTHORITY OF NEW YORK    :
AND NEW JERSEY,                  :

                  Defendant.      :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3-12-15

       The court deems plaintiffs' letter of January 12, 2015 as a motion to direct the deposition of former Port Authority Commissioner David Samson prior to the filing of plaintiffs' opposition to defendant's motion for summary judgment.  Considering the apparent agreement of defendant to make Mr. Samson available confirmed in letters from plaintiffs' counsel to defendant's counsel of November 5, 2012 (ECF Dkt. No. 79) and November 15, 2012 (ECF Dkt. No. 80),

IT IS ORDERED:

    1.  That the motion is GRANTED.

    2.  That defendant is directed to cooperate with the taking of Mr. Sampson's deposition.

    3.  That the deposition is to be taken no later than April 30, 2015.

Dated: March _12_, 2015

                                /S/       Richard K. Eaton
                                     Richard K. Eaton
                                     USDJ, By Designation