UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AUTOMOBILE CLUB OF NEW YORK, INC.,
d/b/a AAA New York, and AAA NORTH
JERSEY, INC.,

            Plaintiffs,            11 Civ. 6746 (RKE)

     v.                           **ORDER**

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

            Defendant.
------------------------------------------------------------x

      Because it is the court's understanding that the only remaining discovery matter is the deposition of former Port Authority Chairman David Samson, the parties are directed to inform the court, in writing, of the date on which the deposition is scheduled and the date on which it is completed. Regarding plaintiffs' opposition to defendant's motion for summary judgment (ECF Dkt. No. 132), it is hereby

      ORDERED that, notwithstanding the court's order of February 18, 2015 (ECF Dkt. No. 139), and, unless otherwise provided for by the court, a schedule for further briefing with respect to any motion for summary judgment shall be established following the completion of Mr. Samson's deposition.

      It is SO ORDERED.

Dated:     May 27, 2015
             New York, New York

                                              /S/       Richard K. Eaton
                                                        Judge

---

     \*    Judge Richard K. Eaton of the United States Court of International Trade, sitting by designation.