UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

AUTOMOBILE CLUB OF NEW YORK, INC., d/b/a AAA New York, Plaintiff,

Case No. 11-Civ-6746 (RKE)

-against-

THE PORT AUTHORITY OF NEW YORK AND NEW JERSET, et al., Defendant.
--------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:

**Kathleen Gill Miller**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: KM4346          My State Bar Number is 1084888

I am,
[ ] An attorney
[✓] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Law Office of James M. Begley
            FIRM ADDRESS: 225 Park Ave. S., Fl. 13, New York, NY 10003
            FIRM TELEPHONE NUMBER: 212-435-3434
            FIRM FAX NUMBER: 212-435-3834

NEW FIRM:   FIRM NAME: Law Office of James M. Begley
            FIRM ADDRESS: 150 Greenwich St., Fl. 24, New York 10007
            FIRM TELEPHONE NUMBER: 212-435-3434
            FIRM FAX NUMBER: 212-435-3834

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 5/20/2015

*(signature)*
ATTORNEY'S SIGNATURE