UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

AUTOMOBILE CLUB OF NEW
YORK,, d/b/a AAA New York,          Plaintiff,

-against-

THE PORT AUTHORITY OF NEW
YORK AND NEW JERSET, et al.,      Defendant.
--------------------------------------------------------

Case No.  11-Civ-6746 (RKE)

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]     I have cases pending                    [ ]     I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Arnold Dennis Kolikoff**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: AK1177          My State Bar Number is 1454750

I am,

[ ]     An attorney
[✓]     A Government Agency attorney
[ ]     A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Law Office of James M. Begley
              FIRM ADDRESS: 225 Park Avenue South, 14th Floor, NY, NY, 10003
              FIRM TELEPHONE NUMBER: 212-435-3451
              FIRM FAX NUMBER: 212-435-3421

NEW FIRM:     FIRM NAME: Law Office of James M. Begley
              FIRM ADDRESS: 150 Greenwich Street, 25th Floor, NY, NY 10007
              FIRM TELEPHONE NUMBER: 212-435-3451
              FIRM FAX NUMBER: 212-435-3421

[ ]     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]     I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
        was entered on _____ by Judge_____.

Dated: July 1, 2015

_____
ATTORNEY'S SIGNATURE