# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Richard W. Mark
Direct: +1 212.351.3818
Fax: +1 212.351.6338
RMark@gibsondunn.com

July 1, 2015

<u>VIA ECF FILING</u>

The Honorable Richard K. Eaton
United States Court of International Trade
One Federal Plaza
New York, New York 10278

Re: *Automobile Club of New York, d/b/a AAA New York and AAA North Jersey, Inc., v. Port Authority of New York and New Jersey*, 11 Civ. 6746 (RKE) (HBP)

Dear Judge Eaton:

The Port Authority of New York and New Jersey (the "Port Authority") and the Automobile Club of New York, Inc., d/b/a/ AAA New York and AAA North Jersey, Inc. ("AAA") jointly write to inform you that the deposition of Mr. David Samson was completed on June 29, 2015.

In accordance with the Court's May 27, 2015 Order (D.I. 144), the parties propose the following briefing schedule for the Port Authority's pending motion for summary judgment, subject to the Court's approval:

- AAA shall file its opposition papers to the Summary Judgment Motion on or before July 29, 2015;

- The Port Authority shall file its reply papers in further support of the Summary Judgment Motion on or before August 14, 2015.

Respectfully Submitted,

GIBSON, DUNN & CRUTCHER LLP

*/s/ Richard W. Mark*
Richard W. Mark

200 Park Avenue
New York, NY 10166
Tel: 212-351-4000
Fax: 212-351-6237

cc: All Counsel of Record (*via ECF filing*)

FARRELL FRITZ, P.C.

*/s/ Kevin P. Mulry*
Kevin P. Mulry

370 Lexington Ave., Suite 800
New York, NY 10017
Tel: 212-687-1230
Fax: 212-687-2175

**SO ORDERED**

Richard K. Eaton   7/13/15