**SO ORDERED**



/S/ _Richard K. Eaton_
       Judge

7/29/205

**Kevin P. Mulry**
Partner

Direct Dial: 516.227.0620
Direct Fax: 516.336.2262
kmulry@farrellfritz.com

1320 RXR Plaza
Uniondale, NY  11556
www.farrellfritz.com

Our File No.
20986-104

July 28, 2015

By ECF
Honorable Richard K. Eaton
United States Court of International Trade
One Federal Plaza
New York, New York 10278-0001

Re: **Automobile Club of New York, d/b/a AAA New York
and AAA North Jersey, Inc. v. Port Authority of New York and New Jersey,
No. 11 Civ 6746 (RKE) (HBP)**

Dear Judge Eaton:

We represent Plaintiffs AAA Northeast (formerly Automobile Club of New York d/b/a AAA New York) and AAA New Jersey, Inc. in the above-captioned action. This letter is respectfully submitted to request a modification of the briefing schedule for defendant's motion for summary judgment. Counsel for the Defendant Port Authority consents to the requested modification. Plaintiffs request that the following modification of the briefing schedule be approved:

- AAA shall file its opposition papers to the Summary Judgment Motion on or before August 21, 2015;

- The Port Authority shall file its reply papers in further support of the Summary Judgment Motion on or before September 18, 2015.

We thank the Court for its consideration of this matter.

Respectfully submitted,

_Kevin P. Mulry_

Kevin P. Mulry

cc: Richard W. Mark, Esq.
    Nancy Hart, Esq.
    Kathleen Miller, Esq.