# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
AUTOMOBILE CLUB OF NEW YORK INC.
d/b/a AAA NEW YORK and AAA NORTH
JERSEY, INC.

                    Plaintiffs,

        -against-           Case No.
                            11-CV-6746 (RKE)

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                    Defendant.
------------------------------------X


      ** C O N F I D E N T I A L **


                    November 29, 2012

                    9:32 a.m.

                    370 Lexington Avenue

                    New York, New York


        CONFIDENTIAL DEPOSITION of THE PORT

AUTHORITY OF NEW YORK AND NEW JERSEY, the

Defendant herein, by MICHAEL FABIANO, taken by

the Plaintiffs, pursuant to the Federal Rules

of Civil Procedure, and Notice, held at the

above-mentioned time and place, before Kristi

Cruz, a Notary Public of the State of New

York.

Page 2

```
 1

 2    A P P E A R A N C E S:

 3

 4       FARRELL FRITZ, P.C.
              Attorneys for Plaintiffs
 5            370 Lexington Avenue, Suite 800
              New York, New York 10017
 6
         BY:  KEVIN P. MULRY, ESQ.
 7

 8

 9
         GIBSON, DUNN & CRUTCHER LLP
10            Attorneys for Defendant
              200 Park Avenue
11            New York, New York 10166-0193

12       BY:  ALEXANDER H. SOUTHWELL, ESQ.
                   -and-
13            NANCY HART, ESQ.
                   -and-
14            ADAM COHEN, ESQ.

15

16

17       ALSO PRESENT:

18            MARTA GENOVESE, ESQ., In-House
              Counsel and Vice President,
19            AAA New York

20

21

22

23

24

25
```

1                M. FABIANO - CONFIDENTIAL

2    Port Authority as the ITN?

3        A        Correct.

4        Q        Today during the deposition I will

5    be referring at times to the ITN.  When I

6    refer to that, I will be referring to the

7    Interstate Transportation Network.

8        A        Correct.

9        Q        That's okay?

10       A        Uh-huh, yes.

11       Q        Are you involved in capital

12   planning for The Port Authority?

13       A        Not direct project planning.  My

14   role as the chief financial officer is to

15   advise on capital capacity.

16       Q        What does the term capital

17   capacity mean?

18       A        It means that you decide how much

19   you can afford to spend on capital over a

20   period of time and still meet all your bond

21   covenants, because you're going to be

22   financing some of that with debt, and maintain

23   your rating agency.

24                So for us, capital capacity is

25   maintaining your credit ratings, as well as

1                M. FABIANO - CONFIDENTIAL

2     being able to finance the capital that you

3     need.

4          Q      When you look at capital capacity,

5     do you look at a capital capacity for each of

6     the line departments within The Port

7     Authority?

8          A      No.  The Port Authority is

9     comprehensive, consolidated.

10         Q      Is it correct that when you look

11    at capital capacity, you are looking at

12    capital capacity for the entire Port

13    Authority?

14         A      Correct.

15         Q      When I use the term line

16    departments, does that term mean something to

17    you within the context of The Port Authority?

18         A      Yes.

19         Q      What does the term line department

20    mean?

21         A      It's the primary lines of

22    operational business of The Port Authority;

23    the aviation department, port department,

24    World Trade Center, and the ITN network and

25    the development department or economic

 1             M. FABIANO - CONFIDENTIAL
 2    analysis and not separate analyses of the
 3    separate line departments?
 4         A      We run revenue and expense by line
 5    departments and by facility as informational
 6    reports to understand budget variances.  If
 7    that's your question, the answer is yes, we
 8    look at that monthly and we see revenues and
 9    expenses and allocated expenses on a facility
10    basis to understand where the money, revenues
11    are coming from and where they're not and
12    where the expenses are coming from.
13         Q      But with respect to capital
14    capacity, is it correct you look just at the
15    entire Port Authority and not the separate
16    line departments?
17         A      Correct.
18         Q      With respect to the analysis, any
19    analysis that was being done with respect to
20    the 2011 toll increase, was any of that
21    analysis done based on separate line
22    departments?
23         A      No.
24         Q      So is it correct that any
25    financial analysis with respect to the toll

```
 1                M. FABIANO - CONFIDENTIAL
 2    increase was a look by The Port Authority at
 3    the entire Port Authority?
 4                     MR. SOUTHWELL:  Object to
 5              the form.
 6         Q      And not separate line departments?
 7                     MR. SOUTHWELL:  What
 8              specifically is your question?  Is
 9              your question specifically
10              about -- I'm sorry, I'm just not
11              sure that I understand it.
12         Q      Do you understand the question?
13         A      No.
14                     MR. MULRY:  Could you read
15              it back?
16                     (Record read.)
17         Q      Do you understand the question?
18         A      About the toll and fare increase,
19    that was looked at what additional revenues
20    provide additional capacity for the entire
21    Port Authority across all business, so in a
22    corporate level.
23         Q      Does The Port Authority do any
24    analysis with respect to lines of business
25    that benefit from a given project when you
```

```
 1                M. FABIANO - CONFIDENTIAL
 2    see where those dollars get expended through
 3    the entire Port Authority, meaning for
 4    operating expenses, for capital expenditures,
 5    for payment of debt service, and for payment
 6    to reserve funds or other expenses?
 7         A      No.
 8         Q      Why is that?
 9         A      You're recognizing revenues when a
10    revenue is earned, but the cash may not have
11    come into The Port Authority.  We also do not
12    have individual bank accounts to track dollars
13    individually by facility, by item.  There's
14    more than one thing that goes into the toll
15    side of the house.  There's, in addition to
16    tolls, you have some incremental revenues that
17    come in from other areas, such as fiberoptic
18    lines and things like that, or concessions, if
19    there's any concessions in buildings.  So the
20    answer is no.
21         Q      If you took all revenues
22    attributable to the ITN on an earned basis,
23    could you then follow whether those revenues,
24    where those revenues were spent within The
25    Port Authority?
```

1                M. FABIANO - CONFIDENTIAL

2        A      Once again, the dollars are just

3    put in a single bank account, a general bank

4    account or several bank accounts that roll up

5    general bank accounts, for credit cards and

6    things like that, not individual facility by

7    facility specific accounts, where those

8    dollars are only applied to those facility

9    expenditures, the answer is no.

10       Q      So are all revenues for The Port

11   Authority, all line departments of The Port

12   Authority, deposited in a single bank?

13                   MR. SOUTHWELL:   Object.

14       A      Several bank accounts that roll up

15   and they cleared out depending -- like for

16   parking lot operations and things like that,

17   they're collected there, credit card

18   operations, and then they roll up into the

19   major account.

20       Q      So just so I understand, if I

21   understand correctly, there's one general bank

22   account that would collect all Port Authority

23   revenue from all line departments; is that

24   correct?

25       A      We roll up into a main Citibank

1                M. FABIANO - CONFIDENTIAL

2    account, all the accounts, all the individual

3    accounts that may exist.  There may be 20, 30

4    smaller accounts not based on specific

5    facilities, for specific purposes, and then

6    the accounts are swept routinely, such as a

7    bill goes out, it goes to a lockbox.  The

8    lockbox receipts are eventually swept into The

9    Port Authority, what we call a main account.

10   That's pretty much the way it works.

11        Q     Again, just so I understand, is it

12   correct that what you're saying is that a

13   revenue from one of the line departments of

14   The Port Authority may go through some bank

15   account or bank accounts or lock boxes, but

16   ultimately those revenues get to the one

17   general account?

18        A     Yes.

19        Q     Would there be a way for The Port

20   Authority to direct 100 percent of the toll

21   revenue into the line departments that

22   comprise the ITN?

23                  MR. SOUTHWELL:  Object to

24            the form.  I'm not sure what you

25            mean by direct the revenue.

```
 1              M. FABIANO - CONFIDENTIAL
 2       Q      Do you understand the question?
 3       A      No.
 4       Q      Could The Port Authority direct
 5  100 percent of PATH revenue into PATH?
 6       A      No.
 7       Q      Why not?
 8       A      I just explained, all the revenues
 9  come in, there's timing differences between
10  actual collections and actual expenditures and
11  accruals, you're following GAAP accounting
12  when you recognize revenues and expense.
13  We're not following cash flow accounting and
14  cash basis accounting, and we do it, once
15  again, on a pooled revenue concept.  So all
16  the revenues flow in and all the expenditures
17  are made accordingly.
18       Q      Are ITN revenues transferred to
19  reserve funds each year?
20       A      No.  Pooled revenues of The Port
21  Authority are, to the degree there are excess
22  revenues after the payment of operating
23  expenses, debt service, are then available to
24  be able to flow into, A, first meeting the ten
25  percent general reserve fund sizing
```



Page 41

1                    M. FABIANO - CONFIDENTIAL

18          Q       When you were going through the

19     process you described in examining the numbers

20     and looking at whether a toll increase was

21     needed, were you looking at the financial

22     projections and financial data for the entire

23     Port Authority?

24          A       Yes.

25          Q       During that process, were you

Page 42

1               M. FABIANO - CONFIDENTIAL

2     looking at the line departments that comprise

3     the ITN in isolation to see if a toll increase

4     was necessary?

5          A      No.



1              M. FABIANO - CONFIDENTIAL

2       A      ITN direct operating expenses,

3   agency allocated expenses that are applied to

4   the ITN, you look at the debt service, and

5   then you look at the capital expenditures,

6   similar to my Exhibit B.  As you can see from

7   that, what we do from a corporate level is

8   just spread it and there's no debt service put

9   in there, the capital expenditure is not put

10  in there, it's an income statement, so it's

11  not capturing the full picture.

12              Based on the ITN affidavit that we

13  put together, we created what amounts to a

14  cash flow for the ITN, and that reinforces our

15  statement that the dollars are all being

16  expended and there are insufficient dollars to

17  generate the surplus and profits that was part

18  of the lawsuit.

19      Q      The cash flow for the ITN, you're

20  referring to Exhibit B to your affidavit in

21  this case?

22      A      Yes.

23      Q      Was that created sometime after

24  September 2011?

25      A      That was created in response to

1             M. FABIANO - CONFIDENTIAL

2     the AAA lawsuit.

3          Q       Had such a cash flow analysis for

4     the ITN ever been done before at The Port

5     Authority, to your knowledge?

6          A       Not to that level.

7          Q       Had it been done to any level?

8          A       Just, as I said, looking at the

9     GAAP income statements, and then when you

10    layer on those GAAP income statements with

11    capital expenditures, you're not throwing off

12    large amounts of cash.  And when you look at

13    an income statement, I just want to say this,

14    you're building facilities where the cost of a

15    facility is being a billion dollars and you're

16    writing it off over 40 or 50 years because

17    you're building a bridge, tunnel, or 100

18    years.  So when you use an income statement,

19    you're using a surrogate called depreciation,

20    which a billion dollars spread over 80 years

21    is not a large dollar amount.  The actual bond

22    issuance cost of the debt are paid off over 30

23    years.  When you begin to factor that in,

24    which is what we did on Exhibit B, cash flow

25    statement, that's more realistic as to when

1               M. FABIANO - CONFIDENTIAL

2      the dollars are going out to actually pay for

3      that investment.

4               So GAAP income statements are

5      fine, but when you have long-lived assets like

6      that, it does not really give you a true cash

7      picture of dollars and it makes you look like

8      you're earning dollars now because you're

9      going to get life out of that bridge well

10     beyond the bonds that you're paying, but the

11     money was put up front and has to be paid

12     earlier than you'll recognize in here.

13          Q     In your last answer, are you

14     comparing a GAAP income statement to a cash

15     flow statement?

16          A     I'm saying that's one of the

17     disconnects when you look at a net income

18     statement, when you're building these

19     long-lived assets, to what we demonstrated on

20     Exhibit B is when the cash is coming in and

21     the cash is going out.

22          Q     So you prepared a cash flow

23     statement for the ITN as Exhibit B to your

24     affidavit.  Does The Port Authority prepare

25     income statements for the line departments

1                M. FABIANO - CONFIDENTIAL

2    that comprise the ITN?

3         A      Schedule E, I believe, of the

4    annual report, I don't have the annual report

5    in front of me, but that's published

6    financials and it shows net income by

7    facility, by facility, and then we roll it up

8    into the various departments.

9         Q      Did you or someone else at The

10   Port Authority do a comparison of what an

11   income statement for the ITN would show

12   compared to the cash flow statement it

13   attached as Exhibit B to your affidavit?

14        A      No.  The income statement is

15   prepared every year, so it's there, and the

16   cash flow statement was in direct response to

17   the statements that were being made by the

18   AAA, and that directly addressed the

19   statements of the AAA, and these are prepared

20   every year, as a matter of fact, the net

21   income statements, as part of the year-end

22   closing.

23        Q      Is it correct that depreciation

24   would be included in the income statements?

25        A      Correct.

Page 48

1           M. FABIANO - CONFIDENTIAL

2       Q      Do you include any depreciation in

3   your cash flow statement?

4       A      No.



Page 52

1                    M. FABIANO - CONFIDENTIAL

2     delayed.  So it went across the organization.

3                    Once again, it's a corporate pool

4     of wants by departments, and then business

5     decisions are made around which ones get

6     financed.  Believe me, it's not about, oh,

7     it's this one and we're going to do that one

8     because it's in TB&T and we're going to do

9     this one because it's in aviation and we want

10    fancy terminals.  It's made on engineering

11    assessments and evaluations and this current

12    state of the existing assets that sort of

13    jives this business model.

14         Q     Were significant amounts of Port

15    Authority funding being spent on the World

16    Trade Center during this period?

17         A     Yes.

18         Q     Was that one of the causes of

19    deferring projects such as the George

20    Washington Bridge, the Lincoln or the

21    Goethals?

22         A     I don't know that you could say

23    that that was a cause of it.  We were getting

24    sources from the FTA grants and insurance

25    proceeds to fund a lot of the World Trade

```
1                 M. FABIANO - CONFIDENTIAL

2         Q       Where does that come from?

3         A       The consolidated bond resolution.

4         Q       Are there any other ratios that

5    were part of your analysis on the need for

6    revenue enhancement for The Port Authority?

7         A       We look at various rating agency

8    metrics, I don't have them in front of me

9    right now, but there's three or four metrics

10   that we know the ratings agencies are

11   concerned with, one being gross revenues to

12   total debt outstanding not exceeding five

13   times, and things like that.  So we're aware

14   of some of the ratios and we always manage to

15   four or five of them.

16                 So when we're doing our analysis,

17   we see which ones are going to be there over

18   our ten-year horizon, try to look ten years

19   all the time, and where we might have pressure

20   and where ratios may be approaching those

21   cutoff points or falling below those points.

22        Q       Was the cost of the World Trade

23   Center at all part of the analysis of the need

24   for revenue enhancement for The Port

25   Authority?
```

```
1                 M. FABIANO - CONFIDENTIAL

2         A      Once again, we do things on a

3    corporate level.  So all the revenues are in

4    there from the whole Port Authority, all the

5    expenses of the whole Port Authority are in

6    there, all the capital expenses of the entire

7    Port Authority are in those numbers, and all

8    the debt for the entire Port Authority.  So

9    the ratios are built on the entire Port

10   Authority and not just on individual

11   facilities or departments.

12        Q      Are you at all involved in the

13   drafting or issuance of press releases for The

14   Port Authority?

15        A      Not really.  I look at them for

16   any obvious flaws, but nothing.  I don't write

17   the press releases.

18        Q      Do you at times review a press

19   release before it's issued for accuracy or for

20   some other reason?

21        A      Periodically, yes.

22        Q      During the time period we've been

23   describing, where you and others within your

24   department were looking at the need for

25   revenue enhancement, were there also analyses
```

1              M. FABIANO - CONFIDENTIAL

2    167,000 jobs.  Do you se that?

3         A      Right.

4         Q      Were you familiar with the capital

5    plan at the time?

6                       MR. SOUTHWELL:  Object to

7                the form.

8         Q      Were you familiar with the new

9    $33 billion ten-year capital plan that's

10   referred to in the press release?

11        A      Yes.  And first of all, it's not

12   an actual plan.  This is, once again, what

13   would capacity be based on the numbers we

14   projected.  So it was not an actual plan put

15   together with projects listed in it or

16   whatever.  It was more about if the toll

17   increase went in, this was the $4, $2 toll

18   increase, I believe, with the cash penalties

19   and everything else, that would fund what, and

20   we ran the model and we said then it would

21   increase capacity to about $33 billion.

22               So that became what they're

23   calling here the plan over ten years, that you

24   would fund $33 billion, potentially, over ten

25   years, without the specifics of the projects

1                   M. FABIANO - CONFIDENTIAL

2       that make up the $33 billion.

3            Q      Was there something that was being

4       referred to within The Port Authority in early

5       August 2011 as the ten-year capital plan?

6            A      We always talk in ten-year

7       increments when we're doing planning and

8       sizing, but there was no official listing of

9       projects to comprise a ten-year plan at that

10      point.  We, as I told you before, in

11      management and budget always have to list the

12      projects and the department spending and when

13      they think it's going to be spent.  But as far

14      as an approved plan, there was only one year

15      annual approved plans for specific

16      expenditures during that period, not a

17      comprehensive ten-year plan at that point.

18      The last one was that 2007 plan.

19           Q      And the ten years in the ten-year

20      capital plan, do you know what that refers to?

21                        MR. SOUTHWELL:  Where are

22                  you referring to?

23                        MR. MULRY:  Where it says

24                  new $33 billion ten-year capital

25                  plan.

1                M. FABIANO - CONFIDENTIAL

2        A        Right.  That would be from 2012 to

3    2021.  Is that ten years?

4        Q        And the $33 billion figure

5    included the costs of all projects that were

6    anticipated to be begun in that ten-year

7    period and the $33 billion included the cost

8    to complete those projects even if it extended

9    out beyond ten years?

10       A        No.

11       Q        That's not your understanding?

12       A        No.  $33 billion is the capacity

13   in that ten-year window.  The Lincoln Tunnel

14   helix project would be starting in the outer

15   years of that ten-year window, which would be

16   continuing for another eight or nine years, or

17   seven or eight years, excuse me.  So that

18   Lincoln Tunnel project is a piece that's in

19   that ten-year -- I'm giving you an example,

20   but not all of it is done.  You'll be starting

21   projects in those later years that obviously

22   won't be done, but at the spending, annual

23   spending each year in that ten-year window

24   that added up to $33 billion.

25       Q        So the 33 billion --

```
 1              M. FABIANO - CONFIDENTIAL

 2        A      Is capacity.

 3        Q      For those ten years, and includes

 4   nothing beyond the ten years?

 5        A      Correct.

 6        Q      If you go to the second page of

 7   that document, under the first set of bullet

 8   points, it reads, "The Port Authority also

 9   plans to direct 100 percent of the revenue

10   from the proposed PATH fare increase back into

11   the PATH system."

12              Do you see that?

13        A      Yes.

14        Q      Do you have an understanding of

15   what that means?

16        A      I think, my interpretation of that

17   is the $0.25 increase of PATH, which comes out

18   to, if annually it's $100 million, 76 million

19   passengers annually, 25 percent is $18 million

20   a year, every bit of the $18 million, in

21   essence, ends up back in PATH because PATH has

22   a $3 billion capital program and it's a

23   deficit operation.  So it's not a direct link

24   of a dollar being tracked directly back to

25   PATH.
```

1              M. FABIANO - CONFIDENTIAL

2        Q      Is it correct that The Port

3   Authority doesn't have a way to direct revenue

4   from PATH into PATH projects?

5        A      Correct.  However, and just for

6   clarification, it's very easy to say that PATH

7   is a deficit operation.  PATH has extensive

8   capital needs, and the annual $18 million

9   incremental increase in revenues will never,

10  ever equate to wiping out the operating

11  deficit of PATH or the capital investment

12  needs of PATH.  So call it marketing, call it

13  word-smithing, but the concept is still sound.

14  In essence, every dollar from raising that

15  PATH fare could be said to be going back into

16  a PATH system.  It's a heavily subsidized

17  system to begin with.

18                   MR. MULRY:  I'd ask this

19              be marked as Exhibit 19.

20                   (Plaintiff's Exhibit 19,

21              Letter dated August 18, 2011,

22              marked for identification, as of

23              this date.)

24        Q      Are you familiar with that

25   document, a letter from Governor Christie and

1              M. FABIANO - CONFIDENTIAL

5                   MR. SOUTHWELL:  Yes.

6        Q      Did the toll increase have an

7   effect on the revenues of the ITN?

8        A      Yes, they increased the revenues

9   on the ITN by virtue of the increased toll

10   fare and usage.

11       Q      Did the toll increase have an

12   effect on the expenditures of the ITN?

13       A      One could say it marginally

14   impacts it because to the degree there's

15   higher E-ZPass usage, higher credit cards used

16   to pay these fees, and there's formulas on how

17   the back office is to process those things,

18   how they're handled.  So, as I said,

19   marginally.  And the program that was required

20   for the company to go in and change the toll

21   revenue systems and programs.  So those are

22   kind of areas.

23       Q      Did the issue of how much of a

24   toll increase there was going to be have an

25   effect on the revenues of the ITN from 2010 to

Page 111

```
 1              M. FABIANO - CONFIDENTIAL
 2    2020?
 3                    MR. SOUTHWELL:  Objection
 4             to form.
 5                    You can answer if you
 6             understand it.
 7       A      If you're asking if the size of
 8    the toll and fare increase impacted the
 9    revenues of the ITN that would be generated
10    from tolls and fares, the answer is yes.
```

```
 1                M. FABIANO - CONFIDENTIAL
 2    board of commissioners on August 19, 2011?
 3         A      Yes.
 4         Q      Did you make a presentation in
 5    both an executive session and public session?
 6         A      Yes.
 7         Q      Which came first?
 8         A      Executive session.
 9         Q      Were you involved in planning what
10    information would go to the commissioners with
11    respect to their determination of whether to
12    approve a toll increase?
13         A      When you're talking about
14    determination, if you mean did I develop with
15    my staff the slides that supported the toll
16    and fare increase and the rationale, the
17    answer is yes, that was created by my
18    departments for me.
19         Q      Do you know, in addition to your
20    presentation to the commissioners, what
21    information was presented to them?
22         A      I assume this was all the
23    information presented to them.
24         Q      Do you know if anything else was
25    presented to them?
```

1            M. FABIANO - CONFIDENTIAL

4       Q       I show you what's been marked

5   previously as Exhibits 11 and 12.

6       A       Yes.

7       Q       If you could look at those, if you

8   could look through them quickly, are those

9   copies of the PowerPoints you presented in the

10  executive session and public session on

11  August 19, 2011?

12                  MR. SOUTHWELL:   Take your

13                  time to make sure you go through

14                  them.

15      A       (Witness perusing.)

16              Yes, I believe these are accurate.

17      Q       What was the purpose of your

18  presentation of this PowerPoint to the

19  commissioners?

20      A       To present for their approval the

21  new toll and fare structure, as it says on the

22  opening of the first line, exec session.  So I

23  was laying out the toll and fare structure and

24  what it would be for the commissioners to have

25  a full understanding and a briefing of what

                      M. FABIANO - CONFIDENTIAL
1
2    was in it as far as the timing and the dollars
3    and some background on it for them to have my
4    opinion to weigh in when they approve or
5    disapprove the toll and fare structure.
6         Q      Is it correct to say that you were
7    presenting a financial justification for the
8    toll and fare increase to the commissioners?
9         A      I think that's accurate to state.
10        Q      Since one of these was a public
11   session, is it also fair to say that you were
12   presenting this financial justification on
13   behalf of The Port Authority so that the
14   public would be aware of it?
15        A      Yes.
16        Q      And this is an important
17   presentation, is it not, to the commissioners?
18                      MR. SOUTHWELL:  Objection.
19              I'm just objecting to form, but
20              you can answer if you understand
21              what he's referring to.
22        A      I believe it's an important
23   presentation.  I am laying out what I believe,
24   as the chief financial officer, is important
25   information to help them make the decision on

1              M. FABIANO - CONFIDENTIAL

2    whether or not a toll and fare increase was

3    necessary, and this is just buttressing my

4    position that it was critical and that it was

5    something that could not be delayed.

6        Q      And it would be important for you

7    to give them the complete story, your complete

8    understanding, and not leave anything out;

9    isn't that right?

10                  MR. SOUTHWELL:  Objection

11              to the form.

12       A      I believe I did give them the full

13   story based on my perception of the necessity

14   and the need for the toll and fare increase.

15       Q      If you look at, and we can go

16   along these together, they mirror each other

17   to a certain extent, the page numbers 206 and

18   218.  What was the purpose of this slide on

19   current environment?

20       A      The purpose of this slide is to

21   lay out the context of what happened between

22   the last toll and fare increase and the

23   current one.  So what didn't happen from what

24   we originally thought we could afford to the

25   new reality we were dealing with, and the

Page 126

```
 1                M. FABIANO - CONFIDENTIAL
 2      New helix as necessary, rebuilding the PATH
 3      system, for instance, which is, in effect,
 4      what we're doing.
 5           Q      What was the amount for investing
 6      to rebuild the World Trade Center site?
 7           A      It says here $11 billion.
 8           Q      Is that your understanding, as
 9      well?
10           A      At that point in time, yes.
```

16           Q      If you could go to 207 and 221, do
17      you see where it says three year zero growth
18      operating budget?
19           A      Yes.
20           Q      What does that mean?
21           A      That means The Port Authority's
22      operating expense budget for three consecutive
23      year was flat, zero growth.  So 2.4 billion,
24      2.4 billion, 2.4 billion.  I'm making up the
25      number 2.4, but zero growth in the operating

```
 1            M. FABIANO - CONFIDENTIAL
 2   determination that all the hearings would be
 3   held in one day?
 4       A      No, I do not.
 5                  MR. SOUTHWELL:  You mean
 6               other than the public meeting in
 7               Staten Island?
 8                  THE WITNESS:  It was
 9               added.
10       Q      Was that a different day, as far
11   as you know, the added --
12       A      I don't know whether or not that
13   was on a different day.
14       Q      And you don't know whose
15   determination it was as to how and when to
16   schedule public hearings?
17       A      No, it is not.  I do not know that
18   because that's not under my purview at all.
19       Q      If you could go to 210 and 224.
20   With respect to the two, and this is a general
21   question, with respect to the two PowerPoint
22   presentations that you have in front of you,
23   Plaintiff's Exhibits 11 and 12, is it correct
24   that at the top of each page there's a square,
25   and that's the PowerPoint slide?
```

Page 129

                    M. FABIANO - CONFIDENTIAL

1

2        A      That is correct.

3        Q      In these two documents, there's

4   writing underneath each of the slides.  Can

5   you describe what that is?

6        A      Those are my talking points that I

7   use when I'm presenting the information at

8   exec session and also to the public session.

9        Q      So just to understand it, is it

10   correct that the top in the box is the

11   PowerPoint that probably appeared on a screen

12   that people could see?

13        A      Correct.

14        Q      And the bottom written is your own

15   notes as to the oral presentation you were

16   giving to the board?

17        A      Yes.

18        Q      If you could look at the first

19   paragraph of the oral presentation, it says,

20   "This toll and fare increase will allow The

21   Port Authority to invest 25.1 billion in

22   critical infrastructure projects that will

23   provide an efficient, safe, and secure

24   transportation network for our customers who

25   rely on this agency every day."

```
 1                M. FABIANO - CONFIDENTIAL

 2                Do you see that?

 3      A     Yes.

 4      Q     Now, is that a reference to a

 5 ten-year capital plan for 25.1 billion?  If

 6 you know.

 7      A     It's a reference to total agency

 8 capacity to spend approximately 25.1 billion

 9 over a ten-year window.  That's all revenues

10 of The Port Authority, minus expenses, which

11 gives you net operating revenues, which will

12 allow you then to meet your ratios to decide

13 how much to invest.

14      Q     That number that you've just

15 described, which is 25.1 billion in this

16 presentation, was that number 33 billion in

17 the original announcement?

18      A     I believe that was the number that

19 was used in the original announcement.

20      Q     Do you know how that number went

21 from 33 billion to 25.1 billion?

22                MR. SOUTHWELL:  Objection.

23                I think you're mischaracterizing.

24                I mean, I think the witness said

25                the number in the estimate is 33.
```

1                M. FABIANO - CONFIDENTIAL

2     that within The Port Authority is substantial

3     investment in the ITN well beyond what we can

4     currently afford.

5          Q     The $25.1 billion of capital

6     investment that's referred to there is

7     25.1 billion of capital investment for the

8     entire Port Authority?

9          A     That is correct.

10         Q     It doesn't refer to 25.1 billion

11    of capital investment for the ITN?

12         A     No.

13         Q     You didn't present the

14    commissioners with the amount of capital

15    investment that would be expended within the

16    ITN, did you?

17         A     During the time of the toll and

18    fare increase?

19         Q     Correct.

20         A     No.  We were not presenting a

21    capital plan at that point in time.  What we

22    were doing was authorizing the toll and fare

23    increase, and the capital plan would be

24    developed in accordance with the normal

25    schedule, which was generally presented in

1            M. FABIANO - CONFIDENTIAL

2    December of each year.

3        Q     This talks about $25.1 billion of

4    capital investment, yes?

5        A     Yes.

6        Q     Is part of that $25.1 billion of

7    capital investment, capital investment for the

8    ITN?

9        A     Yes.

10       Q     You did not tell the commissioners

11   what part of that capital investment amount

12   would be attributable to the ITN?

13       A     No, I did not.  I did later on, I

14   believe, mention the types of projects and

15   investments that would be allowed to be made

16   by virtue of the fact -- on page ten, or

17   AAA 226, we start talking a little bit about

18   the benefit of tunnels, bridges and terminals,

19   on 227, PATH, just generalities, no specifics

20   on any of the projects, but the type of

21   capital investment across the organization

22   that we would be making.

23       Q     At the bottom of that page we were

24   looking at, 210 and 224, it says, "This

25   capital plan will also benefit," and it goes

Page 138

1              M. FABIANO - CONFIDENTIAL

2    on.  What capital plan is being referred to

3    there?

4         A       $25.1 billion of ten-year capital

5    plan.

6         Q       Was there a capital plan or not a

7    capital plan?

8         A       No, that's just a term.  I mean,

9    if we're going to hang our hat on a phrase,

10   there was no official adopted capital plan at

11   this point in time.

12        Q       Was there --

13        A       For this.  We were still operating

14   under the existing one-year annual approved

15   budget by the commissioners for capital

16   spending.  What we do, as I mentioned before,

17   in budget is we tell the commissioners what we

18   can approximately afford over a ten-year

19   window, and it helps them with some of the

20   projects when we actually do approve specific

21   budgets.

22        Q       Within The Port Authority at this

23   time, August 2011, was there a document that

24   listed capital projects comprising

25   approximately 25.1 billion that people within

Page 142

                    M. FABIANO - CONFIDENTIAL

1

2    to further on in that.

3         Q      The last line of that page, "This

4    capital plan will also benefit the region by

5    generating 131,000 jobs," right?

6                Do you see that?

7         A      I see that.

8         Q      That's for the entire Port

9    Authority, correct?

10        A      Not The Port Authority; the

11   region.  The capital plan generates

12   construction jobs and warehousing jobs and

13   trucking jobs.  That's from the chief

14   economist's office, they do that economic

15   modeling of what a dollar of investment,

16   depending on where it is invested, would

17   generate throughout the region and the

18   economy.

19        Q      And those are generated by

20   projects for the entire Port Authority,

21   correct?

22        A      Yes.

23        Q      You never gave the commissioners

24   an estimate of jobs that would be created by

25   ITN projects?

1                M. FABIANO - CONFIDENTIAL

2        A      No.

3        Q      And that refers to $7.6 billion in

4    wages and $30 billion in sales, do you see

5    that?

6        A      Yes.

7        Q      And again, that's with respect to

8    projects for the entire Port Authority, right?

9        A      Yes.

10       Q      And you did not give the

11   commissioners any estimates of wages or sales

12   to be generated by ITN projects?

13       A      No.  And those numbers, once

14   again, for clarification, were prepared by the

15   chief economist's office.

16       Q      If you could go to, you had

17   referred to this before, page 226 and 211.  On

18   211, this refers to the Bayonne Bridge raise

19   the roadway project.

20       A      Right.

21       Q      Why is it necessary to raise the

22   Bayonne Bridge?

23       A      Right now the Bayonne Bridge is

24   height challenged as far as the critical port

25   infrastructure business of cargo ships to move

1                M. FABIANO - CONFIDENTIAL

2     through our ports.  To be able to access the

3     New Jersey ports, the marine terminals, which

4     is massive cargo facilities and processing

5     centers for The Port Authority, the new post

6     Panamax ships that will be coming in in 2014,

7     they will be bringing in bigger ships and they

8     will not be able to fit under the Bayonne

9     Bridge.  So for us, it is critical that the

10    infrastructure and the rail system that we

11    develop on the ports to handle all this cargo,

12    that business continues to come to the port,

13    which is where most of these goods are

14    expended, in the port region.

15         Q     What line department does the

16    raising of the roadway for the Bayonne Bridge

17    fall under?

18         A     Tunnels, bridges and terminals,

19    which is part of the ITN.

20         Q     Is the raising of the bridge

21    roadway a benefit to the port commerce line

22    department?

23         A     I believe it's a benefit to the

24    entire Port Authority by keeping -- once

25    again, pooled revenue agency, significant

1               M. FABIANO - CONFIDENTIAL

2     pieces of our business could be impacted if we

3     don't have the ability to bring in the cargo

4     that we need to for the port operations.

5          Q     How do you generally allocate with

6     respect to a project which line department

7     that project will be allocated under?

8          A     When a facility is certified and

9     established by The Port Authority, it's

10    determined where that facility belongs.  So

11    Bayonne Bridge is part of the tunnels, bridges

12    and terminals department, it's an automotive

13    crossing.

14         Q     If you could go back to

15    Plaintiff's Exhibit 10, if you look on page

16    202, four paragraphs down there is a reference

17    to Commissioner Sartor.

18         A     Yes.

19         Q     Plaintiff's Exhibit 10 says that

20    Commissioner Sartor asked how The Port

21    Authority would handle funding for the World

22    Trade Center site above the $11.3 billion

23    budget if it becomes necessary.

24               Do you see that?

25         A     Yes.

1                M. FABIANO - CONFIDENTIAL

2        Q      Do you recall Commissioner Sartor

3    asking that at the executive session?

4        A      Not particularly.

5        Q      If you could read the, well,

6    what's in italics, it appears to be a

7    response, "We would need to push out other

8    projects in the capital plan to accommodate

9    any additional increases to the World Trade

10   Center budget."

11               Do you recall someone answering

12   the question in that session?

13       A      That someone would have probably

14   been me based on these executive notes.

15       Q      Do you recall answering the

16   question?

17       A      I recall being at the meeting.

18   The specifics of answering individual

19   questions at this point I don't recall, but

20   that would not be something that I would not

21   have said.

22       Q      Whether or not this was something

23   you said, is that accurate, based on your

24   understanding at the time?

25                      MR. SOUTHWELL:  What

1                M. FABIANO - CONFIDENTIAL

2                specifically?

3      Q       That The Port Authority would need

4   to push out other projects in the capital plan

5   to accommodate any additional increases to the

6   World Trade Center budget.

7      A       Conceptually that is accurate

8   because, once again, you're dealing with

9   annual capacity to spend dollars, as well as

10  an overall ten-year plan.  So to the degree an

11  individual project exceeds in one year,

12  something else cannot fit in that year and you

13  move it out to the next year or whatever, but

14  over time you're still balancing to your

15  $25.1 billion, and there will be puts and

16  takes in any event.

17     Q       Two paragraphs down there is a

18  reference to a question from Commissioner

19  Steiner.

20     A       Right.

21     Q       On whether staff had ever

22  calculated tolls from 40 years ago to today

23  and what they would be based on increases to

24  the consumer price index.

25     A       Right.

```
 1              M. FABIANO - CONFIDENTIAL
 2          A F T E R N O O N   S E S S I O N
 3                 (Time noted:  1:53 p.m.)
 4   M I C H A E L   F A B I A N O,   resumed
 5          andtestified as follows:
 6   CONTINUED EXAMINATION
 7   BY MR. MULRY:
 8          Q      Mr. Fabiano, I'll show you what's
 9   been previously marked as Plaintiff's
10   Exhibit 14, which is a copy of your affidavit
11   and exhibits.
12          A      Okay.
13          Q      This is an 11-page affidavit and
14   Exhibits A through F, correct?
15          A      Correct.
16          Q      Exhibit F is a copy of a
17   transcript of your statement to the board of
18   commissioners, correct?
19          A      It is a copy of the presentation
20   that I made at the public session, correct.
21          Q      If you look just quickly through
22   Exhibits A, B, C, D and E.
23          A      Yes.
24          Q      Those Exhibits A, B, C, D and E,
25   those were not presented to the board of
```

```
 1              M. FABIANO - CONFIDENTIAL
 2    commissioners in August of 2011, correct?
 3         A       Correct.
 4         Q       When were those exhibits created,
 5    A, B, C, D and E?
 6         A       In response to the litigation.
 7         Q       If you could turn to paragraph
 8    five of your affidavit, on page three.  This
 9    refers to a 10.786 billion dollar preliminary
10    capital plan for the ITN facilities for 2011
11    to 2020.  Do you see that?
12         A       Yes.
13         Q       Do you know what that refers to?
14         A       Yes.
15         Q       What is that?
16         A       That represents us putting
17    together, once again, what we call a $10.78
18    billion -- us being management and budget
19    department, building what we believe is
20    capacity and taking the list of the various
21    projects from all the departments and add
22    perceived spending and what we saw fitting in
23    there during that time frame.
24                 So this is a component of the
25    entire $25 billion capital program that we
```

1                    M. FABIANO - CONFIDENTIAL

2     said was the capacity window.

3          Q       Exhibit A is a copy of the

4     preliminary capital plan for the ITN?

5          A       Exhibit A represents the

6     facilities at a facility level and the dollars

7     spending by year for the ITN during the period

8     2011 to 2020.

9          Q       And that's the preliminary capital

10    plan for the ITN for that period?

11         A       Yes.

12         Q       You did not present a $10.786

13    billion preliminary capital plan for the ITN

14    to the commissioners in August, correct?

15         A       Correct.  As I mentioned earlier,

16    this was developed in response to the

17    affirmations that the toll revenues that were

18    being collected were in excess of the capital

19    expenditures and the operating expenses of the

20    ITN, and this rebuts -- which is our rebuttal

21    to your litigation.

22         Q       Had you ever seen a document like

23    this prepared within The Port Authority before

24    you prepared Exhibit A for this affidavit?

25         A       No.

Page 159

1                  M. FABIANO - CONFIDENTIAL

2      Port Authority?

3          A      Correct, and those dollars are

4      included in that, yes.

5          Q      Now, Exhibit B, it's not a

6      document that was presented to the board of

7      commissioners in August of 2011, correct?

8          A      That's correct.

9          Q      And it's not an analysis that was

10     presented in some other form to the board of

11     commissioners in 2011?

12         A      No.

13         Q      This type of document, Exhibit B,

14     is this the type of document that had been

15     prepared, in your experience, previously in

16     the Port Authority's ordinary business?

17         A      Not to my recollection.  This was

18     directly in response to the AAA assertions and

19     their claims.  Quite frankly, it was never,

20     ever even considered that the network was

21     throwing off additional excess cash at any

22     time in the past.  It's always been considered

23     to be a bit of a drag on the rest of The Port

24     Authority, with or without those toll

25     increases.

1              M. FABIANO - CONFIDENTIAL

2    finish some of the expenditures you're making.

3    So conceptually, you would have used your

4    reserve fund.  But this is called appropriated

5    reserve, the capital paid with cash is called

6    appropriated reserves.  That's what we call

7    it.

8         Q       This may not be a question that's

9    related directly to Exhibit B, but as we're on

10   the reserve funds, if we're looking at

11   proceeds from bonds that have been issued,

12   where do the proceeds from bonds issued by The

13   Port Authority go as a financial matter on a

14   corporate level within The Port Authority?

15        A       Proceeds from bonds sit in the

16   capital fund, and they do not flow down.  So

17   any unspent bond flow fees, if that's your

18   question, do not flow down at the end of the

19   year, they stay in a separate account called

20   the capital fund, and that's in our statutory

21   statements.  So those bond proceeds sit there,

22   and it's where those dollars are used to

23   direct pay for cash, and those bonds proceeds

24   are used up in that manner.  But they never

25   flow into reserves.  Bonds proceeds do not

1                M. FABIANO - CONFIDENTIAL

2     flow into reserves.

3          Q      Because the bond proceeds don't

4     flow into either the general reserve fund or

5     the consolidated bond reserve fund?

6          A      That is correct.

7          Q      And the bond proceeds on

8     Exhibit B, is it correct that they would be

9     part of the 50 percent cash, 50 percent debt

10    column?

11         A      I'm not showing bond proceeds

12    here.

13         Q      Is the 50 percent debt in the

14    final column represented in a sense on

15    Exhibit B because it is 50 percent of the

16    capital paid with cash on a cash basis?

17         A      No.

18         Q      No?

19         A      No.   The debt service that you see

20    on Exhibit B represents the outstanding, that

21    5827 number --

22         Q      No, I'm up, actually, at capital

23    paid with cash.

24         A      That's reserves.

25         Q      Oh, that comes from the reserves,

1          M. FABIANO - CONFIDENTIAL

6      Q      If you can go to Exhibit C.  What

7  is Exhibit C?

8      A      Exhibit C is basically the

9  facilities that comprise the first column that

10  makes up this Exhibit B, first column, 2007 to

11  2010.  This is by year, these are the ITN

12  network, basically, Holland Tunnel, Lincoln

13  Tunnel, George Washington Bridge, revenues,

14  expenses, capital paid with cash, debt

15  service, going through, driving these same

16  numbers, the same as the summary is on

17  Exhibit B, taking it to a facility level on

18  Exhibit C.  And you see the numbers on the

19  bottom, 636, 636.

20      Q      Is this a document that's

21  ordinarily prepared in the course of Port

22  Authority's business?

23      A      No, this was done exactly when

24  this was done (indicating) to make sure we

25  tied in individually, and this is the roll-up

Page 184

1              M. FABIANO - CONFIDENTIAL

2   of doing that (indicating).  So one off.

3        Q      And Exhibit C, the summary of cash

4   flows in Exhibit C is not something that was

5   presented to the board of commissioners in

6   August 2011?

7        A      No.

8        Q      One of the entries, it appears at

9   least twice, under revenues and operations and

10  operating expenses is access to regions

11  core/capital infrastructure fund.

12       A      Yes.

13       Q      Are you familiar with what that

14  is?

15       A      Yes.

16              MR. SOUTHWELL:  Just to be

17              clear, I think it only appears

18              once.  I mean, it appears in the

19              actual 2010 column and then in the

20              sum column.

21              MR. MULRY:  I was just

22              referring to the name that we just

23              described.

24              THE WITNESS:  The line

25              item.

Page 185

1                    M. FABIANO - CONFIDENTIAL

2                         MR. SOUTHWELL:  To the

3               left?

4                         MR. MULRY:  Yes.

5                         MR. SOUTHWELL:  Got it.

6               Sorry.

7         Q     The real question is:  Are you

8    familiar with what that means?

9         A     Yes.

10        Q     What is that?

11        A     Access to the region's core was

12   the mass transit tunnel that The Port

13   Authority was participating in with New Jersey

14   Transit and the State of New Jersey and the

15   federal government.  That was the project that

16   Governor Christie suspended and terminated.

17   We were going to be a participant in that.

18        Q     What is the capital infrastructure

19   fund?

20        A     Once the ARC money was not used

21   for the tunnel, this became, what we have now

22   is the Lincoln Tunnel access program projects,

23   and those are the expenditures for those

24   roadway projects that we are building that

25   have been certified as part of the Lincoln

1                M. FABIANO - CONFIDENTIAL

2    approved.  But the program itself was designed

3    to be up to a dollar amount.

4        Q     I'll try to clarify this.

5              What was the ARC project projected

6    to be funded for?

7                        MR. SOUTHWELL:  The cast?

8        A     Total amount for The Port

9    Authority, up to $3 billion was going to be

10   The Port Authority's commitment for ARC.

11                       MR. SOUTHWELL:  For the

12             cost?

13                       THE WITNESS:  Yes.

14       Q     That's the cost of what The Port

15   Authority expected it would pay if the ARC

16   project went fully to completion?

17       A     Yes.

18       Q     So that's what was projected, that

19   money was not necessarily spent, correct?

20       A     Correct.

21                       MR. SOUTHWELL:  But you're

22             assuming that that money existed.

23             It's not like it was --

24       A     It's not a pot.

25                       MR. SOUTHWELL:  -- a pot

```
1                 M. FABIANO - CONFIDENTIAL
2                 of money that was that money.
3                      MR. MULRY:  No, I'm not
4                 assuming that.
5                      MR. SOUTHWELL:  Your
6                 question seemed to suggest that
7                 you were assuming that.
8                      MR. MULRY:  No.
9        Q     The ARC project was up to
10   $3 billion.
11        A     Uh-huh.
12        Q     Was money spent on the ARC
13   project?
14        A     Yes, I believe close to, I want to
15   say 280 or up to 280, 290 million is my
16   estimate.
17        Q     What is the capital infrastructure
18   fund?
19        A     Capital infrastructure fund, on
20   this term here, before we officially
21   designated it as the Lincoln Tunnel access, we
22   put it in as the capital infrastructure fund.
23   That represents $1.8 billion of money that was
24   previously going to be utilized for ARC
25   related projects, we're using those dollars on
```

Page 189

M. FABIANO - CONFIDENTIAL

1    the Lincoln Tunnel projects, which is these

2    roadway and bridge repair projects to bring

3    the traffic into the Lincoln Tunnel.

4        Q        Are there any amounts remaining

5    that were designated to go for the ARC project

6    that appears somewhere as a line item on The

7    Port Authority finances?

8                    MR. SOUTHWELL:  Objection,

9                    mischaracterizes.  I think the

10                   witness was a little unclear.

11                   It's not as though it was a pot of

12                   money of 1.8 billion that you're

13                   asking where else is it.  There's

14                   not a pot of money.

15       Q        $1.8 billion is an amount that The

16   Port Authority anticipates spending on the

17   Lincoln Tunnel project?

18       A        Over the next seven or eight

19   years, correct.

20       Q        And that's why that 1.8 billion

21   appears on the capital plan, correct?

22       A        Right.

23       Q        Do other capital infrastructure

24   fund line entries appear on the capital plan?

Page 190

1                M. FABIANO - CONFIDENTIAL

2        A      Yes.   The balance, approximately

3   the difference between what was spent

4   originally on ARC, we have it as for future

5   capital infrastructure projects as a reserve

6   sitting out that is subject to being

7   identified with a specific project, but those

8   dollars are in the outer years.

9        Q      Is that roughly $995 million?

10       A      976; nine something.

11       Q      Close to a billion dollars?

12       A      Yes.

13       Q      And that's money that's in the

14  capital plan?

15                    MR. SOUTHWELL:  It's not

16               money.

17       A      It's not money.  It's a line item.

18       Q      It's a line item of dollars that

19  are in the capital plan to be expended in the

20  future?

21       A      Yes.

22       Q      But that is not attributable to

23  any project at this time?

24       A      Correct.  It's a component of

25  available capacity.

Page 193

1          M. FABIANO - CONFIDENTIAL

5       Q      If you don't have a project that's
6   going to go with it at this time, why is it
7   that you need a $975 million place holder; is
8   there a reason you couldn't simply reduce the
9   capital plan by $975 million?
10      A      Why would I reduce the capital
11  plan?  I did not set up a capital plan.
12  That's a place holder, once again.

Page 195

1                    M. FABIANO - CONFIDENTIAL

4        Q        Could you go to Exhibit D.

5        A        Yes.

6        Q        What is Exhibit D?

7        A        D is doing the cash flows for the

8    projected period.  C was history, '07, '08,

9    '09, '10.  And D is doing '11 through '20 on

10   the same exact basis.  It goes onto the second

11   page.  That's the middle column of B,

12   Exhibit B, $2853.9.  So all that is is taking

13   the same exact thing that you did for the '07

14   through '10 period, and through the projection

15   period doing the same thing with anticipated

16   capital expenditures and such.

17       Q        This document, Exhibit D, was

18   prepared for the litigation, correct?

19       A        Correct.

20       Q        It was not presented to the board

21   of commissioners in August 2011?

22       A        No.

23       Q        Is this type of document,

24   Exhibit D, prepared in the ordinary course of

25   The Port Authority's business?

Page 196

```
 1              M. FABIANO - CONFIDENTIAL

 2        A     No.

 3        Q     Could you please go to Exhibit E.

 4   What is Exhibit E?

 5        A     Exhibit E is the line item detail

 6   of the third column of Exhibit B, the same

 7   exact breakout.

 8        Q     And this document was prepared for

 9   the litigation?

10        A     Correct.

11        Q     It was not presented to the board

12   of commissioners in August 2011?

13        A     No, it was not.

14        Q     Is this a document that is

15   prepared in the ordinary business of The Port

16   Authority?

17        A     No.
```

Page 231

1               M. FABIANO - CONFIDENTIAL

20        Q      Well, does this chart represent a
21   cash flow analysis that shows the ITN cash
22   flow going positive by 2013 and remaining
23   positive?
24                   MR. SOUTHWELL:  Asked and
25                   answered.  He explained what it

Page 232

```
 1              M. FABIANO - CONFIDENTIAL
 2              was.  It was an academic exercise,
 3              not actuals.
 4       A      Based on the numbers on the bottom
 5  of this, on this schedule, that's what this
 6  shows.  But the components on what's making up
 7  these elements I can't speak to at this point
 8  in time.  I don't know what these numbers are,
 9  as I said.
```

1                     M. FABIANO - CONFIDENTIAL

14          Q        You had mentioned, and I believe

15     it's built into Exhibit B of your affidavit, a

16     toll increase in 2018.

17          A        CPI.

18          Q        Does The Port Authority plan a

19     toll increase in 2018?

20          A        No.  What that is is the formula

21     that exists still to this day from the 2007

22     toll and fare increase that says once you

23     raise the toll and fares, the fares are set,

24     and then from that point on you begin to

25     calculate a CPI, and when the CPI on a toll,

```
 1              M. FABIANO - CONFIDENTIAL
 2    as long as you have cash tolls and E-ZPass,
 3    reaches a full dollar, you are authorized to
 4    increase the tolls by one there.  That was the
 5    2007 toll and fare increase.  That language
 6    still exists, so that is out there and it
 7    still exists.
 8              So from our perspective, when
 9    we're doing long-range forecasting, once
10    again, politics aside, we're looking at, okay,
11    this is authorized as of now, we're going to
12    assume three percent growth rate on CPI
13    beginning at the end of the last toll
14    increase.  So the last toll increase goes in
15    effect December of '16, we say December of
16    '16, three percent on that gives you a number.
17    December '17, three percent gives you a
18    number.  December of '18, three percent gives
19    you that number where you've now broken a
20    dollar on the cash toll.  So at that point,
21    and figuring in March of '19, that's where I
22    said we originally estimated it might be '18,
23    then when we said it's the end of the year for
24    '15, not the beginning, that it would actually
25    probably happen in '19, the toll and fare
```

Page 246

1                M. FABIANO - CONFIDENTIAL

2     increase, if it was an automatic CPI still in

3     effect at that time.  And that is authorized

4     and still under the 2007 increase.

5                So when we do our modeling, we

6     assume that that's going to be a part of it.

7     So those numbers were baked into my original

8     Exhibit B, cash flow, only when we do it back

9     then for Exhibit B, we expected that to happen

10    in '18, not '19.  In fact, what it did was

11    increase the revenues that we were projecting

12    in that original Exhibit B.  So this year

13    we've adjusted that out to '19.

Page 247

1              M. FABIANO - CONFIDENTIAL

2        Q       Was that something that you

3   advised the commissioners of in August 2011,

4   that your numbers included an automatic CPI

5   toll increase in 2018 or 2019, within that

6   ten-year period you were looking at?

7        A       For capacity?  No, it never came

8   up in specific where we were talking about

9   that we would have capacity.

10       Q       So as far as what you said to the

11  commissioners in August 2011, you never said

12  anything about a potential additional toll

13  increase in 2018 or 2019?

14       A       No.

Page 268

1                M. FABIANO - CONFIDENTIAL

2       combined with the existing revenues of the

3       rest of The Port Authority from all sources

4       that would then be able to flow down to be

5       able to finance capital.  So all the

6       businesses, aviation, port, TB&T in this case,

7       PATH, economic development projects such as

8       the teleport revenues, the sum total of all

9       those revenues that exist right now, plus the

10      incremental revenues that would be generated

11      by this toll and fare increase, combined give

12      me a capital capacity window over a ten-year

13      period of $33 billion agency-wide.  It's not

14      these dollars from this toll and fare

15      generates $33 billion capacity.  It's the

16      total Port Authority existing revenue stream,

17      plus this incremental revenue stream, because

18      our capacity before this was in the

19      $20 billion range and this incrementalizes it.

20           Q    You referred to the overall Port

21      Authority capacity and you were asked various

22      questions today about the agency's existence

23      as a pooled revenue agency.  Can you explain

24      why that's important to a financial picture of

25      The Port Authority?

```
 1                M. FABIANO - CONFIDENTIAL
 2       A      Well, since 1931, when the general
 3   bond reserve fund was created, in order to be
 4   able for The Port Authority to finance
 5   facilities and take on new facilities and
 6   projects, they needed to have the revenue of
 7   the combined existing facilities used to
 8   convince the bondholders that there was value
 9   here and, in fact, they would get paid.
10               So it's always been the pooled
11   revenue concept, that is the sum of the whole,
12   because many times when a business is starting
13   up, their revenues aren't going to be there
14   initially to support it, but it's that concept
15   of other facilities would support it follow
16   such time as it was able to be self-
17   sustaining, potentially, or if not, add to the
18   mix, recognizing that The Port Authority's
19   mission isn't just to generate profit, The
20   Port Authority's mission exists to serve the
21   public and facilitate transportation, regional
22   development, as well as the movement of goods
23   and commerce efficiently throughout this
24   region, and we are one of the largest
25   enterprises that do that, I think, in the
```

Page 275

1               M. FABIANO - CONFIDENTIAL

2    the net income statement and the annual report

3    for representative purposes, but that is it.

4        Q      The bondholders for any of The

5    Port Authority consolidated bonds can look to

6    the revenues of all Port Authority line

7    departments in the event of default?

8        A      The term is equally and ratably

9    secure.  So they all -- doesn't matter when

10   your bond was issued, number 135 is the

11   equivalent of 185 and you all stand equal in

12   terms of getting paid on your debt service and

13   interest pavements.

14       Q      And they can all look to the

15   revenue of all the line departments --

16       A      The entire Port Authority.  No one

17   is excluded.

18                    MR. MULRY:  Thank you.

19                    MR. SOUTHWELL:  Before we

20              go off the record, pursuant to the

21              protective order, I would like to

22              designate the transcript

23              confidential.  Certainly there are

24              a number of exhibits that are also

25              being designated confidential.  So