# **<u>Exhibit B</u>**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

AUTOMOBILE CLUB OF NEW YORK INC.
d/b/a AAA NEW YORK and AAA NORTH
JERSEY, INC.

                    Plaintiffs,


        -against-          Case No.
                          11-CV-6746 (RKE)

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

                    Defendant.

-------------------------------------X
                    October 3, 2012

                    9:37 a.m.

                    370 Lexington Avenue

                    New York, New York


        Deposition of THE PORT AUTHORITY OF

NEW YORK AND NEW JERSEY, the Defendant herein,

by ROSEMARY CHIRICOLO, taken by the

Plaintiffs, pursuant to Article 31 of the

Civil Practice Law and Rules of Testimony, and

Notice, held at the above-mentioned time and

place, before Kristi Cruz, a Notary Public of

the State of New York.

```
 1

 2   A P P E A R A N C E S:

 3

 4        FARRELL FRITZ, P.C.
                Attorneys for Plaintiffs
 5              370 Lexington Avenue, Suite 800
                New York, New York 10017
 6
          BY:  KEVIN P. MULRY, ESQ.
 7

 8

 9
          GIBSON, DUNN & CRUTCHER LLP
10              Attorneys for Defendant
                200 Park Avenue
11              New York, New York 10166-0193

12        BY:  ALEXANDER H. SOUTHWELL, ESQ.
                     -and-
13             KIMBERLY A. YUHAS, ESQ.

14

15

16        ALSO PRESENT:

17             MARTA GENOVESE, ESQ., In-House
               Counsel and Vice President, AAA New
18             York

19             KATHLEEN GILL MILLER, ESQ., In-House
               Counsel for The Port Authority of New
20             York and New Jersey

21

22

23

24

25
```

1                    R. CHIRICOLO

2        A        I wouldn't characterize it as a

3    ten-year plan each year.  I would characterize

4    it as we have a capital plan, and within that

5    capital plan there are projects that are

6    projected to have spending over a period of

7    time, and we look at the ten-year increment of

8    that plan.

9        Q        Are you familiar with a ten-year

10   capital plan that was developed in 2011?

11       A        Yes.

12       Q        When was a ten-year capital plan

13   developed previous, prior to that, prior to

14   2011?

15       A        Prior to 2011 there was a ten-year

16   capital plan that was prepared in 2006, and

17   then it was updated in 2007.

18       Q        From 2007 to 2011, was The Port

19   Authority working off of the 2007 capital

20   plan?

21       A        Yes.

22       Q        So in, for example, 2008, 2009,

23   2010, is it correct that new ten-year plans

24   were not developed?

25       A        During those times, there could be

```
 1                    R. CHIRICOLO
 2   new projects that were added to the plan for
 3   purposes that they were projects that needed
 4   to get done.  We did not formulate a new
 5   ten-year period during that time.
 6        Q     Would it be correct to
 7   characterize it that between 2007 and 2011, a
 8   new ten-year capital plan was not developed,
 9   but the ten-year capital plan developed in
10   2007 was amended or revised based on your
11   planning analysis?
12        A     I wouldn't say it was amended.
13   There were projects that were added to the
14   plan, if it was appropriate and there was
15   need.
16        Q     Or projects --
17        A     Projects completed.
18        Q     How does The Port Authority
19   develop a 10 year capital plan?  And for this
20   question I'm talking about the type of plan
21   that was developed in 2007 or 2011.
22        A     Capital plan development begins
23   with an assessment by our lines of businesses
24   in conjunction with our engineering department
25   of projects and assets that are in need of
```

1                    R. CHIRICOLO

2       Q       When are capital plans approved by

3  the board of commissioners of The Port

4  Authority?

5       A       The last time we had a capital

6  plan approved was in 2007.  That was an update

7  to the plan that was approved the previous

8  year.  Each year since, we have proven annual

9  capital budget, which is the annual spending

10  from the projects that are included in that

11  plan and any added starters, and we have not

12  had a capital plan approved since then.

13      Q       Since 2007?

14      A       Yes.

15      Q       Is it correct that since 2007 the

16  board of commissioners has approved an annual

17  budget -- withdrawn.  I think your answer

18  prior was we approve an annual budget.  Does

19  we refer to Port Authority management, the

20  board of commissioners, or somebody else?

21      A       The board of commissioners

22  approves an annual budget.  Part of that

23  annual budget are the capital expenditure that

24  are planned to be spent in the subsequent

25  year.

1                    R. CHIRICOLO

2       Q      So is it correct that the capital

3  expenditures for each year are included in the

4  budget, along with many other things?

5       A      Yes.

6       Q      Who within Port Authority

7  management decides whether a capital plan is

8  going to be presented to the board of

9  commissioners for approval?

10                    MR. SOUTHWELL:  Objection

11               to form.

12                    If you know.

13      A      I don't know.

14      Q      Was a ten-year capital plan

15  developed in 2011 for The Port Authority?

16      A      We began developing a new ten-year

17  plan in 2011.

18      Q      Has that process been completed?

19      A      Completed meaning what?

20      Q      In 2011 you began the process for

21  developing a new ten-year capital plan; is

22  that correct?

23      A      Yes.

24      Q      Has that process been completed?

25      A      We prepared a preliminary capital

1                     R. CHIRICOLO

2    plan that covered the period 2011 through

3    2020.   That plan was not approved by the

4    board.   The annual expenditures were approved

5    from that plan.

6          Q      When you say the preliminary

7    capital plan for 2011 to 2020 was not approved

8    by the board, was the 2011 to 2020 preliminary

9    capital plan presented to the board of

10   commissioners?

11         A      I don't know.

12         Q      Do you know if the preliminary

13   capital plan for 2011 to 2020 was disapproved

14   by the board of commissioners?

15         A      No, it was not disapproved.

16         Q      Who within The Port Authority

17   would know whether the preliminary capital

18   plan for 2011 to 2020 was presented to the

19   board of commissioners?

20         A      I don't know who would know.

21         Q      So is it correct that the current

22   capital plan for The Port Authority, the most

23   current capital plan for The Port Authority

24   that has been approved by the board of

25   commissioners is the capital plan from 2007?

1                    R. CHIRICOLO

2        A       Yes.

3        Q       In developing a ten-year capital

4    plan, does The Port Authority keep statistics

5    on how much of a ten-year capital plan can be

6    expected to be a reliable forecast of what

7    will happen over the next ten years?

8                    MR. SOUTHWELL:  I'm going

9                to object to the form to the

10                extent it calls for speculation

11                about anything else that goes on

12                beyond this witness' knowledge.

13       A       My department maintains the

14   long-range financial forecast, and part of

15   that forecast are projections related to

16   capital spending.

17       Q       In your experience as 12 years in

18   your current position, what has been your

19   experience concerning how reliable a

20   projection of capital spending going out ten

21   years has been?

22       A       I'm not sure what you mean by

23   reliable, but I can explain what we do.

24       Q       What do you do with respect to the

25   area of that question?

1                    R. CHIRICOLO

2   of The Port Authority financial records, could

3   The Port Authority break those out, those

4   revenues out for each separate line

5   department?

6        A     They're tracked by each line

7   department when the revenues are received.

8        Q     For example, 2009, just to take a

9   year, could The Port Authority, based on its

10  financial records, say what were the total ITN

11  revenues for 2009?

12       A     We can say what the revenues were

13  received in a given year.

14       Q     And you can do that for each line

15  department; isn't that correct?

16       A     We can do that for each facility.

17       Q     How does The Port Authority

18  maintain financial records with respect to

19  expenditures by each line department?

20       A     Expenditures are budgeted and then

21  recorded at the facility or the program where

22  those expenditures are incurred.

23       Q     Based on your understanding of

24  Port Authority financials, would Port

25  Authority be able to take ITN revenues for a

Page 44

```
 1                    R. CHIRICOLO
 2   given year and follow those revenues to see
 3   how they were spent within The Port Authority?
 4                    MR. SOUTHWELL:  Objection
 5              to form.
 6                    You could answer if you
 7              understand.
 8       A     We don't budget in that manner; we
 9   don't report in that manner.
10       Q     Even though Port Authority doesn't
11   budget or report in that manner, based on your
12   understanding of the financial records and how
13   they're kept, would someone be able to
14   construct that?
15       A     Construct --
16       Q     Look at the ITN revenue for a
17   given year, say 2009, and follow those
18   revenues to see how they were spent?  For
19   example, X amount went to operating expenses,
20   X amount went to capital expenditures, X
21   amount went to bond service or debt service.
22   Would someone be able to do that?
23       A     We can prepare an analysis like
24   that, but we cannot track those revenues
25   through our budget or through our systems in
```

Page 45

1                    R. CHIRICOLO

2    that manner.

3         Q      To your knowledge, has an analysis

4    like that ever been done by The Port Authority

5    for one of the line departments?

6         A      We have done analyses like that.

7         Q      When have you done analyses like

8    that?

9         A      We did an analysis like that for

10   Michael Fabiano's affidavit.

11        Q      Was that the affidavit in this

12   case?

13        A      Yes.

14        Q      Other than that analysis, to your

15   knowledge, has Port Authority ever done an

16   analysis like that on any other occasion?

17        A      We reviewed Navigant's analysis,

18   which was similar.

19        Q      Was that based on the Phase I or

20   Phase II report of Navigant?

21        A      The Phase II report.

22        Q      Prior to the toll increase in

23   2011, had the type of analysis we've been

24   discussing ever been done, to your knowledge,

25   within The Port Authority?

1                    R. CHIRICOLO

2                        MR. SOUTHWELL:  Can you

3                just be more specific about the

4                type of analysis you're referring

5                to?  You're asking a very broad

6                question.  It's not really clear.

7        Q       You've just described an analysis

8    for me that was done in connection with

9    Mr. Fabiano's affidavit, right?

10       A       Right.

11       Q       Has that type of analysis ever

12   been done on another occasion, to your

13   knowledge, in The Port Authority prior to the

14   2011 toll increase?

15       A       I don't know.

16       Q       Based on your knowledge at The

17   Port Authority, are ITN revenues at times

18   transferred to Port Authority reserve funds?

19       A       That question doesn't make sense

20   to me.

21       Q       Why does that not make sense?

22       A       Because we don't record the

23   revenues in a manner that would be able to

24   flow into the reserve funds and track that

25   back directly to an ITN revenue.

Page 53

1                    R. CHIRICOLO

2      Q      Did you perform an analysis at the

3   request of the CFO of The Port Authority

4   concerning a possible toll increase?

5                    MR. SOUTHWELL:  You can

6                answer.

7      A      We perform analyses on various

8   scenarios.  So I would not characterize it as

9   analyses for a toll and fare increase, I would

10  characterize it as scenario analyses that

11  would take into account a potential increase

12  at some point in time.

13     Q      Was it several different scenarios

14  you analyzed?

15     A      There could have been several

16  different scenarios.

17     Q      Did those scenarios include an

18  analysis of ITN revenues and expenditures?

19     A      Those analyses were on an agency

20  basis.

21     Q      What does that mean, that the

22  analyses were on an agency basis?

23     A      That means that we look at the

24  financial projections of all of the revenues

25  of the Authority.

1                    R. CHIRICOLO

2              ahead.

3      A      Amongst the assumptions that we

4  look at in the forecast, a toll and fare

5  increase could be one of those assumptions.

6      Q      Would this have been happening

7  generally in the summer of 2011, these

8  analyses, or at some other time?

9      A      They would have been before the

10  August approval.

11      Q      When you were performing these

12  analyses, what was the amount of the ten-year

13  capital plan that was being projected?

14      A      The amount of the ten-year plan at

15  any given time varies.  My recollection is

16  that it was in the $20 billion range for ten

17  years.

18      Q      At the time the toll increase was

19  announced on August 5, 2011, was the capital

20  plan that was referred to by Port Authority a

21  $33 billion capital plan?

22      A      $33 billion capital plan would

23  have taken into account the full cost to

24  complete projects, which could have been

25  beyond the ten-year period.

Page 82

1                      R. CHIRICOLO

2      you see that?

3          A      Yes.

4          Q      What is CIF?

5          A      CIF stands for capital

6      infrastructure fund.

7          Q      What is the capital infrastructure

8      fund?

9          A      It was a fund that was authorized

10     by the board which reallocated the remaining

11     Port Authority commitment to the ARC tunnel.

12                      MR. MULRY:  I'd ask that

13                 this be marked as Exhibit 5.

14                      (Plaintiff's Exhibit 5,

15                 Summary and project listings,

16                 marked for identification, as of

17                 this date.)

18         Q      After you review that, my question

19     will be:  What is this document?

20         A      (Witness perusing.)

21                 This document is a summary and

22     some project listings of the accumulation of

23     the capital needs from the line departments

24     that they were asked to provide in the capital

25     planning guidance memos.

1                          R. CHIRICOLO

2          A       The project listings would have

3    been part of a larger document for the entire

4    agency.

5          Q       What about the first page; was

6    that type of document prepared before the toll

7    increase?

8          A       A document similar to this would

9    have been prepared for the entire agency.

10          Q       To understand your answer, do you

11    mean that the information that's on this page

12    would have been found in a larger document

13    with more information included?

14          A       Yes.

15          Q       Does this first page represent a

16    preliminary capital plan for the ITN?

17          A       It represents an extract of

18    capital projects that were included in the

19    agency's preliminary 2011 to 2020 capital

20    plan.

21          Q       Has there ever been a preliminary

22    capital plan for the ITN?

23          A       That's a question that doesn't

24    make sense to me.

25          Q       Why doesn't that make sense?

Page 95

```
 1                     R. CHIRICOLO
 2        A       Because we prepare the capital
 3   plan for the entire agency and all of the
 4   facilities within the agency.  Within those
 5   facilities are the facilities that make up the
 6   Interstate Transportation Network.
 7               So we have an agency capital plan.
 8   This is just an extract of the projects in
 9   that plan for the facilities that make up the
10   Interstate Transportation Network.
11        Q       If you could look at AAA 128.
12        A       Yes.
13        Q       Towards the bottom part of that
14   chart there's an entry for the capital
15   infrastructure fund?
16        A       Yes.
17        Q       Why is that included within this
18   grouping of documents for the ITN?
19        A       Capital infrastructure fund was
20   the residual balance of The Port Authority's
21   commitment to the ARC tunnel.  The ARC tunnel
22   commitment would have been included as part of
23   the Interstate Transportation Network, so we
24   continued to include the residual commitment
25   with the Interstate Transportation Network,
```

1                    R. CHIRICOLO

2  because it was authorized as the capital

3  infrastructure fund --

4       Q      Who need the determination --

5                    MR. SOUTHWELL:  She wasn't

6             done.

7                    MR. MULRY:  I'm sorry.

8       A      -- for infrastructure projects.

9       Q      Who made the determination to

10  include the CIF within the ITN?

11      A      I'm not sure.

12      Q      Does that represent an ongoing

13  project, the CIF?

14      A      This capital infrastructure line

15  represents the balance of the authorized

16  capital infrastructure fund that has not yet

17  been assigned to an infrastructure project.

18      Q      The ARC tunnel is not an ongoing

19  project; is that correct or not correct?

20      A      That is correct.

21      Q      When did the ARC project end?

22      A      I don't recall exactly when it was

23  cancelled.

24                    MR. MULRY:  I ask this to

25             be mark as Plaintiff's Exhibit 8.

 1                    R. CHIRICOLO

 2              Plaintiff's First Request For

 3              Production of Documents which is

 4              dated May 10, 2012, and which, in

 5              fact, has been served on

 6              plaintiffs.

 7       Q      Just so the record's clear,

 8  Ms. Chiricolo, that's your recollection, also?

 9       A      Yes.

10       Q      Thank you.

11              If you could just go back to

12  Exhibit 7.  If you could look to page AAA 128,

13  please, towards the bottom is the capital

14  infrastructure fund?

15       A      Yes.

16       Q      Which you had said related to the

17  ARC project, correct?  Why don't you just

18  again say how that relates to the ARC project.

19       A      The capital infrastructure fund

20  was the balance of The Port Authority's

21  commitment to the ARC tunnel project.

22       Q      Now, the entries going across,

23  there's 100,000, 2011, and then there are

24  other figures going across in various years,

25  with a total for the ten-year period of

1                      R. CHIRICOLO

2    $995,500.  Do you see that?

3         A      Yes.

4         Q      What does that represent?

5         A      At the time that the capital

6    infrastructure fund was authorized, the

7    balance remaining was $2.7 billion,

8    $1.8 billion of that amount was authorized in

9    conjunction with three projects that are

10   listed within the project listing, and a

11   balance of $995,000 was the amount that has

12   not yet been allocated to a specific project.

13        Q      Those amounts, is that money that

14   The Port Authority has but is unallocated now

15   because the ARC project is going forward, or

16   is it something else?

17        A      It's the balance of the money that

18   was committed for the ARC project that became

19   authorized when the ARC tunnel was cancelled

20   for other infrastructure projects.

21   $1.8 billion has been authorized for specific

22   projects, and $995 million remains in the

23   capital infrastructure fund, not yet

24   authorized to a specific project.

25        Q      Is than funding that is available

1                          R. CHIRICOLO

2     to fund projects that are on this list of

3     projects if Plaintiff's Exhibit 7?

4          A     I don't know what it's going to be

5     allocated or authorized for.

6          Q     Is it correct that if those

7     dollars, $995,000, were allocated to projects

8     that are on the list of projects in

9     Plaintiff's Exhibit 7, that the total number

10    would go down by $995,000; is that correct?

11         A     That question is not consistent

12    with how the $1.8 billion, which has already

13    been authorized, was authorized to projects.

14    They were projects that were not previously

15    included in our capital plan.

16                       MR. SOUTHWELL:  Could I

17                  just take a two-minute break?

18                       MR. MULRY:  Sure.

19                       (Discussion held off the

20                  record.)

21         Q     So the $1.8 billion that was

22    allocated, is it correct that that was

23    allocated to capital projects that were not on

24    The Port Authority capital plan?

25         A     They were authorized for new

1                    R. CHIRICOLO

2    projects that were not part of the existing

3    capital plan.

4        Q     The $995,500 that's on that line

5    for capital infrastructure fund, is it

6    required that those monies be allocated to new

7    projects that are not on the current capital

8    plan?

9        A     It's the balance of an

10   authorization from the board that took The

11   Port Authority's remaining commitment from ARC

12   and authorized it for the use of

13   infrastructure projects.  The first use of

14   that capital infrastructure fund was for three

15   projects that were not previously part of The

16   Port Authority's capital plan.  For capital

17   planning purposes, we carry the remaining

18   authorized commitment here, awaiting what

19   projects those would be authorized for.

20       Q     Does the board authorization

21   require that this money be used for new

22   projects that are not on the capital plan?

23                    MR. SOUTHWELL:  Objection

24             to form.  It's not actually money.

25             You're confusing it.  It's an

                        R. CHIRICOLO

1

2      Q      Why is that not your sense?

3      A      Because the first use of the

4  capital infrastructure fund was not to fund

5  other Port Authority projects.

6      Q      Is there any reason for your

7  drawing that conclusion other than the first

8  $1.8 billion was allocated to new projects?

9      A      I also drew that conclusion from

10 the fact that we had a separate board

11 authorization that covered that balance.

12     Q      Were these Port Authority projects

13 that the $1.8 billion was allocated to?

14     A      They were not projects that

15 existed in The Port Authority's capital plan

16 previously.

17     Q      What were the projects?

18     A      The projects are capital

19 infrastructure improvements on the Pulaski

20 Skyway, the Whitpenn Bridge, and a new road on

21 Route 1 and 9.

22     Q      Were you involved in planning the

23 information that would be given to The Port

24 Authority commissioners to consider on

25 determining whether to approve a toll

1                    R. CHIRICOLO

2        A      I don't know.

3        Q      What materials were prepared by

4   you or your group that were given to the

5   commissioners for their consideration on

6   approving a toll increase?

7        A      Our financial forecast, summaries

8   would have been information that would have

9   been provided to the CFO.

10       Q      Is your group responsible for the

11  capital plan that was being presented to the

12  commissioners in August of 2011?

13       A      We were coordinating the capital

14  plan listings.  As I said, we work in

15  conjunction with the other departments in The

16  Port Authority on capital planning.

17       Q      The toll increase was approved by

18  the commissioners on August 19, 2011.  Do you

19  know if that's correct?

20       A      It sounds correct.

21       Q      The proposed toll increase was

22  publicly announced two weeks earlier, on

23  August 5th.  Does that also sound correct?

24       A      Yes, that sounds correct.

25       Q      When the toll increase was

1                     R. CHIRICOLO

2    announced on August 5, 2011, what was also

3    announced was a $33 billion capital plan for

4    the next ten years; is that correct?

5         A     That sounds correct.

6         Q     Now, you're also aware that the

7    governors of New York and New Jersey wrote a

8    letter to the commissioners dated August 18,

9    2011 proposing a smaller toll increase than

10   was originally announced.

11        A     I'm not aware of that letter.

12        Q     Between August 5th and

13   August 19th, the proposed capital plan went

14   from $33 billion to $25 billion.  Is that your

15   understanding?

16        A     That is my understanding.

17   However, the $33 billion I believe went beyond

18   the ten-year period.

19        Q     What's your understanding as to

20   how long the $33 billion capital plan was

21   designed to cover?

22        A     From a forecasting function, it

23   was forecasted over a ten-year period.

24   However, some of the projects within that

25   plan, while started during that ten-year

1                       R. CHIRICOLO

2    a reference to a $33 billion ten-year capital

3    plan, do you recall seeing that press release

4    or news articles about the toll increase?

5         A     Yes.

6         Q     The $33 billion capital plan, did

7    that seem right to you at the time?

8         A     I was familiar with the number.

9         Q     What was the number for; was that

10   the number for a ten-year capital plan of

11   money that would be spent in ten years or

12   something else?

13        A     My recollection is that it was the

14   total of the projects in the ten-year plan, as

15   well as the cost to complete those projects if

16   any of those projects extended beyond the ten

17   year.

18        Q     How long did that period stretch

19   out?  When would the last project that was in

20   the ten-year capital plan be completed?

21        A     I don't recall.

22        Q     Was there a document that was the

23   $33 billion capital plan?

24        A     We would have had a listing.

25        Q     What did the capital plan, as of

1                    R. CHIRICOLO

2    financials at the time when we have bond

3    offerings, which is how we access the credit

4    markets.  So that would be my presumption by

5    that phrase.

6                    MR. MULRY:  We would just

7                    call again for production of

8                    anything that was attached to this

9                    document.  The last paragraph

10                   refers to an attached document

11                   that was not produced.

12                   MR. SOUTHWELL:  We will

13                   review that and your other

14                   requests.

15                   MR. MULRY:  This will be

16                   Plaintiff's Exhibit 14.

17                       (Plaintiff's Exhibit 14,

18                   Affidavit of Michael Fabiano, with

19                   attachments, marked for

20                   identification, as of this date.)

21        Q     If we can go to paragraph five,

22   which is on page three of that exhibit,

23   paragraph five refers to a -- and again,

24   Plaintiff's Exhibit 14 is an affidavit of

25   Michael Fabiano with exhibits that was filed

```
 1                    R. CHIRICOLO
 2    in this action.  Have you read this document
 3    before?
 4        A    Yes.
 5        Q    Did you review it at or around the
 6    time it was filed?
 7        A    I reviewed portions of it.
 8        Q    Were you involved in the
 9    preparation of parts of this document or the
10    exhibits?
11        A    My staff was involved in
12    preparation of some of these exhibits.
13        Q    What did your staff do?
14        A    For Exhibit A, my staff extracted
15    the project listings for the facilities that
16    would comprise the ITN.  My staff prepared
17    Exhibits B through E.
18        Q    I'm sorry, E --
19        A    B through E.
20        Q    B through E.  Did you review
21    Exhibits A through E after your staff prepared
22    them?
23        A    Yes.
24        Q    If you could did back to paragraph
25    five, paragraph five refers to the $10.786
```

 1                    R. CHIRICOLO

 2   billion preliminary capital plan for the ITN

 3   facilities for 2011 to 2020.  Do you see that?

 4        A     Yes.

 5        Q     Now, is it correct that there was

 6   not a separate preliminary capital plan for

 7   the ITN?

 8                    MR. SOUTHWELL:  Objection

 9               to form.

10        A     We extracted the information for

11   Exhibit A from the project listing from the

12   agency's preliminary capital plan.

13        Q     What's referred to here is an

14   extraction of ITN projects from The Port

15   Authority preliminary capital plan; is that

16   correct?

17        A     An extraction of the projects for

18   the facilities that would comprise the ITN.

19        Q     Do you know if anything was

20   reduced on the ITN portion of the preliminary

21   capital plan for The Port Authority between

22   August 5th and August 19th?

23        A     Yes.

24        Q     What was changed?

25        A     The project for a bus garage was

```
 1                    R. CHIRICOLO
 2              and their preparation.
 3                    MR. SOUTHWELL:  We will
 4              consider that request,
 5              particularly in light of potential
 6              privilege.
 7      Q       When were you or Mr. Shannon
 8  requested to prepare the exhibits to the
 9  Fabiano affidavit?
10      A       After the toll and fare increase
11  was approved.
12      Q       Is Exhibit B a document that you
13  or anyone in your group ever had cause to
14  prepare prior to the toll increase?
15      A       I don't know.
16                    MR. MULRY:  This would be
17              Plaintiff's Exhibit 16.
18                    (Plaintiff's Exhibit 16,
19              Navigant Phase II Report, marked
20              for identification, as of this
21              date.)
22      Q       Are you familiar with this
23  document?
24      A       Yes.
25      Q       What is Plaintiff's Exhibit 16?
```

Page 152

1                    R. CHIRICOLO

2    for its use in preparing this table?  What did

3    you provide to Navigant for Navigant's use in

4    preparing this table?

5         A      I provided the capital project

6    listings that Navigant extracted the tunnel,

7    bridges and terminals facilities from in order

8    to develop this table.

9         Q      Do the numbers in table 16 differ

10   from the numbers that are in The Port

11   Authority's capital plan for TB&T?

12        A      The 2011 to 2020 preliminary

13   capital plan included a portion of the

14   projects in table 16.

15        Q      I'm sorry, into?  I missed that

16   last part.

17        A      Included a portion of the projects

18   in table 16.  Navigant also included the cost

19   for those projects that extended beyond 2020,

20   as well as projects that were identified

21   through the capital planning process that were

22   not part of the preliminary 2011 to 2020 plan.

23        Q      Read footnote one.  That says,

24   "Raising the Bayonne Bridge is for the benefit

25   of Port Commerce."  What does that sentence

1                    R. CHIRICOLO

2  mean, in your understanding?

3       A     My understanding is that there was

4  a navigational clearance issue at the Bayonne

5  Bridge for anticipated larger container ships

6  that would be using those waterways in the

7  future.  So an analysis was done as part of

8  the capital planning process to examine

9  alternatives to deal with that problem.  The

10 alternative that was selected was to raise the

11 roadway deck in order to provide sufficient

12 navigational clearance for the larger ships.

13      Q     Does The Port Authority consider

14 the expenses of the Bayonne Bridge to be part

15 of the ITN?

16      A     The expenses of the Bayonne Bridge

17 are one of the facilities that we consider as

18 part of the ITN network.

19      Q     Is Port Commerce part of the ITN?

20      A     We do not consider Port Commerce

21 part of the ITN.

22      Q     If you go to page 45, which is AAA

23 2071, table 19.  Were you involved in

24 providing information for table 19 in the

25 Navigant Report?

 1                    R. CHIRICOLO

 2        Q      What did you provide to

 3   Rothschild?

 4        A      We provided revenues, expenses,

 5   capital expenditures for the entire agency,

 6   from which they extracted information for this

 7   table 13.

 8        Q      Is there anything that The Port

 9   Authority includes in its financial forecast

10   for the ITN is that Rothschild does not

11   include in table 13?

12        A      You're saying our forecast for the

13   ITN?

14        Q      Yes.

15        A      Our forecast is prepared for the

16   entire agency, and then you could extract out

17   information on the projected revenues,

18   expenses and capitals related to those

19   facilities that comprise the ITN.

20        Q      Does The Port Authority prepare a

21   forecast for the ITN separate from the entire

22   agency?

23        A      We prepare our forecast for the

24   entire agency.

25        Q      And you do not prepare a forecast

1                     R. CHIRICOLO

2   for the individual ITN itself?

3        A       We prepare for the entire agency.

4        Q       Do you know if table 13 assumes

5   debt or cash financing or a mix of debt and

6   cash?

7        A       Table 13 does not indicate whether

8   it's assuming any debt or financing.

9        Q       Do you have an understanding from

10  discussions with Rothschild or from some other

11  source as to whether table 13 is assuming cash

12  or debt financing or some mix of cash and

13  debt?

14       A       I don't know.

15       Q       Look at the last column, the last

16  line, which is net revenues less capital

17  expenditures; is that correct?

18       A       Net revenues less capital

19  expenditures.

20       Q       What does that line mean to you?

21       A       That line is taking the revenues,

22  less the, in this case, operating maintenance

23  expenses.  Rothschild is actually missing a

24  component of expenses here; they're missing

25  the expenses that are allocated.  They are