# **<u>Exhibit L</u>**



http://www.panynj.gov/bridges-tunnels/driving-directions-map.html?sourceAddress=Lincoln+...