# **Exhibit Q**



2        0        0        1

Comprehensive Annual Financial Report

For the Year Ended December 31, 2001

# THE PORT AUTHORITY
# OF NEW YORK & NEW JERSEY

# SCHEDULE A—REVENUE AND RESERVES
(Pursuant to Port Authority bond resolutions)

**Year ended December 31,**

| | Operating Fund | Funds | Reserve Total | Combined Total | Combined |
|---|---|---|---|---|---|
| | | | | | 2001    2000 |
| | | | | (in thousands) | |
| Gross operating revenues | $2,714,802 | $ — | | $2,714,802 | $2,648,328 |
| Operating expenses: | | | | | |
|    Employee compensation, including benefits | 647,148 | — | | 647,148 | 638,821 |
|    Contract services | 595,153 | — | | 595,153 | 613,795 |
|    Materials, equipment and other | 169,235 | — | | 169,235 | 147,596 |
|    Utilities | 140,928 | — | | 140,928 | 142,935 |
|    Rents and amounts in-lieu-of-taxes | 96,137 | — | | 96,137 | 131,344 |
|    Interest on Special Project Bonds | 97,195 | — | | 97,195 | 97,870 |
| Total operating expenses | 1,745,796 | — | | 1,745,796 | 1,772,361 |
| Amounts in connection with operating asset obligations | 36,696 | — | | 36,696 | 37,188 |
| Expenses related to the events of September 11, 2001, net of insurance recoveries | 270,334 | — | | 270,334 | — |
| Net operating revenues | 661,976 | — | | 661,976 | 838,779 |
| Financial income | | | | | |
|    Income on investments | 30,024 | 46,436 | | 76,460 | 96,514 |
|    Net increase in fair value of investments | 28,188 | 38,733 | | 66,921 | 66,297 |
| Contributions in aid of construction | 40,070 | — | | 40,070 | — |
| Net revenues available for debt service and reserves | 760,258 | 85,169 | | 845,427 | 1,001,590 |
| Debt service | | | | | |
|    Interest on bonds and other capital asset obligations | 294,908 | — | | 294,908 | 318,912 |
|    Debt maturities and retirements | 176,640 | — | | 176,640 | 158,435 |
|    Debt retirement acceleration | — | 25,000 | | 25,000 | 60,000 |
|    Repayment of commercial paper obligations | — | 1,090 | | 1,090 | 10 |
| Total debt service | 471,548 | 26,090 | | 497,638 | 537,357 |
| Transfers to reserves | $ (288,710) | 288,710 | — | | |
| Revenues after debt service and transfers to reserves | | | | 347,789 | 347,789 | 464,233 |
| Direct investment in facilities | | | | (462,129) | (462,129) | (404,388) |
| Appropriations for self-insurance | | | | 14,270 | 14,270 | (5,101) |
| (Decrease) increase in reserves | | | | (100,070) | (100,070) | 54,744 |
| Reserve balances, January 1 | | | | 1,675,375 | 1,675,375 | 1,620,631 |
| Reserve balances, December 31 | | | | $1,575,305 | $1,575,305 | $1,675,375 |

See Notes to Combined Financial Statements.






COMPREHENSIVE ANNUAL FINANCIAL REPORT FOR THE YEAR ENDED DECEMBER 31, 2002

> ILLUMINATE

> INSPIRE

> CONNECT

> ENVISION



## Schedule A—Revenues and Reserves
(Pursuant to Port Authority Bond Resolutions)

|  | Year ended December 31, 2002 | | | 2001 |
|---|---|---|---|---|
|  | Operating Fund | Reserve Funds | Combined Total | Combined Total |
|  | (In thousands) | | | |
| **GROSS OPERATING REVENUES:** | | | | |
| Rentals | $ 832,527 | $ — | $ 832,527 | $ 976,054 |
| Tolls and fares | 774,337 | — | 774,337 | 750,782 |
| Aviation fees | 672,175 | — | 672,175 | 560,951 |
| Parking and other | 197,912 | — | 197,912 | 202,864 |
| Utilities | 97,184 | — | 97,184 | 126,956 |
| Rentals associated with Special Project Bonds | 96,448 | — | 96,448 | 97,195 |
| Total gross operating revenues | 2,670,583 | — | 2,670,583 | 2,714,802 |
| **OPERATING EXPENSES:** | | | | |
| Employee compensation, including benefits | 777,146 | — | 777,146 | 654,074 |
| Contract services | 622,781 | — | 622,781 | 600,686 |
| Rents and amounts in-lieu-of-taxes | 140,614 | — | 140,614 | 96,401 |
| Materials, equipment and other | 135,321 | — | 135,321 | 157,004 |
| Utilities | 113,880 | — | 113,880 | 140,436 |
| Interest on Special Project Bonds | 96,448 | — | 96,448 | 97,195 |
| Total operating expenses | 1,886,190 | — | 1,886,190 | 1,745,796 |
| Amounts in connection with operating asset obligations | (35,960) | — | (35,960) | (36,696) |
| Net recoverables (expenses) related to the events of September 11, 2001 | 474,663 | — | 474,663 | (270,334) |
| Net operating revenues | 1,223,096 | — | 1,223,096 | 661,976 |
| **FINANCIAL INCOME:** | | | | |
| Income on investments | 43,072 | 22,976 | 66,048 | 76,460 |
| Net increase in fair value of investments | 21,254 | 8,660 | 29,914 | 66,921 |
| Contributions in aid of construction | 36,258 | — | 36,258 | 40,070 |
| Grants | 19,892 | — | 19,892 | — |
| Regional ferry program pass-through payments | (11,556) | — | (11,556) | — |
| Net revenues available for debt service and reserves | 1,332,016 | 31,636 | 1,363,652 | 845,427 |
| **DEBT SERVICE:** | | | | |
| Interest on bonds and other capital asset obligations | 282,635 | 15,828 | 298,463 | 294,908 |
| Debt maturities and retirements | 181,250 | — | 181,250 | 171,340 |
| Debt retirement acceleration | — | 283,502 | 283,502 | 25,000 |
| Repayment of capital asset obligations | — | 5,863 | 5,863 | 6,390 |
| Total debt service | 463,885 | 305,193 | 769,078 | 497,638 |
| Transfers to reserves | $ (868,131) | 868,131 | — | — |
| Revenues after debt service and transfers to reserves | 594,574 | | 594,574 | 347,789 |
| Direct investment in facilities | (433,747) | | (433,747) | (462,129) |
| Appropriations for self-insurance | (19,017) | | (19,017) | 14,270 |
| Increase (decrease) in reserves | 141,810 | | 141,810 | (100,070) |
| Reserve balances, January 1 | 1,575,305 | | 1,575,305 | 1,675,375 |
| Reserve balances, December 31 | | $1,717,115 | $1,717,115 | $1,575,305 |

**See Notes to Consolidated Financial Statements.**

2002 ANNUAL REPORT



**Comptroller's Department**

# Financial Statements and Appended Notes Year 2003

**Schedule A - Revenues and Reserves** (Pursuant to Port Authority bond resolutions)

| | Year ended December 31, 2003 | | | 2002 |
|---|---|---|---|---|
| | Operating Fund | Reserve Funds | Combined Total | Combined Total |
| | (In thousands) | | | |
| Gross operating revenues : | | | | |
| Rentals | $  858,414 | $        - | $  858,414 | $  832,527 |
| Tolls and fares | 758,326 | - | 758,326 | 774,337 |
| Aviation fees | 705,302 | - | 705,302 | 672,175 |
| Parking and other | 234,261 | - | 234,261 | 197,912 |
| Utilities | 112,555 | - | 112,555 | 97,184 |
| Rentals - Special Project Bond projects | 95,193 | - | 95,193 | 96,448 |
| Total gross operating revenues | 2,764,051 | - | 2,764,051 | 2,670,583 |
| | | | | |
| Operating expenses: | | | | |
| Employee compensation, including benefits | 769,711 | - | 769,711 | 777,146 |
| Contract services | 543,926 | - | 543,926 | 622,781 |
| Rents and amounts in-lieu-of taxes | 237,276 | - | 237,276 | 140,614 |
| Materials, equipment and other | 150,700 | - | 160,700 | 135,321 |
| Utilities | 122,445 | - | 122,445 | 113,880 |
| Interest on Special Project Bonds | 95,193 | - | 95,193 | 96,448 |
| Total operating expenses | 1,919,251 | - | 1,919,251 | 1,886,190 |
| | | | | |
| Amounts in connection with operating asset obligations | (35,113) | - | (35,113) | (35,960) |
| | | | | |
| Net recoverables related to the events of September 11, 2001 | 664,211 | - | 664,211 | 474,663 |
| | | | | |
| Net operating revenues | 1,473,898 | - | 1,473,898 | 1,223,096 |
| | | | | |
| Financial income : | | | | |
| Income on investments | 33,952 | 11,975 | 45,927 | 66,048 |
| Net increase in fair value of investments | 11,598 | 4,240 | 15,838 | 29,914 |
| Contributions in aid of construction | 57,568 | - | 57,568 | 36,258 |
| Grants | 34,501 | - | 34,501 | 19,892 |
| Regional ferry pass-through grant program payments | (28,237) | - | (28,237) | (11,556) |
| Net revenues available for debt service and reserves | 1,583,280 | 16,215 | 1,599,495 | 1,363,652 |
| | | | | |
| Debt service: | | | | |
| Interest on bonds and other capital asset obligations | 291,514 | 6,860 | 298,374 | 298,463 |
| Debt maturities and retirements | 698,280 | - | 698,280 | 181,250 |
| Debt retirement acceleration | - | 183,120 | 183,120 | 283,502 |
| Repayment of capital asset obligations | - | 6,329 | 6,329 | 5,863 |
| Total debt service | 989,794 | 196,309 | 1,186,103 | 769,078 |
| | | | | |
| Transfers to reserves | $  (593,486) | 593,486 | - | - |
| | | | | |
| Revenues after debt service and transfers to reserves | | 413,392 | 413,392 | 594,574 |
| Direct investment in facilities | | (542,260) | (542,260) | (433,747) |
| Appropriations for self-insurance | | (15,201) | (15,201) | (19,017) |
| | | | | |
| (Decrease) increase in reserves | | (144,069) | (144,069) | 141,810 |
| Reserve balances,  January 1 | | 1,717,115 | 1,717,115 | 1,575,305 |
| Reserve balances,  December 31 | | $  1,573,046 | $  1,573,046 | $  1,717,115 |

**See Notes to Consolidated Financial Statements.**

54



**Comptroller's Department**

# Financial Statements and Appended Notes Year 2004



**THE PORT AUTHORITY** OF NY & NJ

**Schedule A - Revenues and Reserves**
(Pursuant to Port Authority bond resolutions)

| | Year ended December 31, 2004 | | | 2003 |
|---|---|---|---|---|
| | Operating Fund | Reserve Funds | Combined Total | Combined Total |
| | (In thousands) | | | |
| Gross operating revenues : | | | | |
| Rentals | $ 877,306 | $ - | $ 877,306 | $ 858,414 |
| Tolls and fares | 788,333 | - | 788,333 | 758,326 |
| Aviation fees | 714,766 | - | 714,766 | 705,302 |
| Parking and other | 269,413 | - | 269,413 | 234,261 |
| Utilities | 121,436 | - | 121,436 | 112,555 |
| Rentals - Special Project Bond projects | 93,570 | - | 93,570 | 95,193 |
| Total gross operating revenues | 2,864,824 | - | 2,864,824 | 2,764,051 |
| | | | | |
| Operating expenses: | | | | |
| Employee compensation, including benefits | 806,890 | - | 806,890 | 769,711 |
| Contract services | 545,404 | - | 545,404 | 543,927 |
| Rents and amounts in-lieu-of taxes | 252,658 | - | 252,658 | 237,014 |
| Utilities | 141,476 | - | 141,476 | 122,445 |
| Materials, equipment and other | 141,367 | - | 141,367 | 150,961 |
| Interest on Special Project Bonds | 93,570 | - | 93,570 | 95,193 |
| Total operating expenses | 1,981,365 | - | 1,981,365 | 1,919,251 |
| | | | | |
| Amounts in connection with operating asset obligations | (34,609) | - | (34,609) | (35,113) |
| | | | | |
| Net (expenses) recoverables related to the events of September 11, 2001 | (4,985) | - | (4,985) | 664,211 |
| | | | | |
| Net operating revenues | 843,865 | - | 843,865 | 1,473,898 |
| | | | | |
| Financial income : | | | | |
| Income on investments | 25,922 | 14,931 | 40,853 | 45,927 |
| Net increase in fair value of investments | 14,096 | 2,454 | 16,550 | 15,838 |
| Contributions in aid of construction | 81,173 | - | 81,173 | 57,568 |
| Grants | 13,396 | - | 13,396 | 34,501 |
| Regional ferry pass-through grant program payments | - | - | - | (28,237) |
| Net revenues available for debt service and reserves | 978,452 | 17,385 | 995,837 | 1,599,495 |
| | | | | |
| Debt service: | | | | |
| Interest on bonds and other asset financing obligations | 345,129 | 8,684 | 353,813 | 298,374 |
| Debt maturities and retirements | 211,870 | - | 211,870 | 698,280 |
| Debt retirement acceleration | - | 110,075 | 110,075 | 183,120 |
| Repayment of asset financing obligations | - | 10,737 | 10,737 | 6,329 |
| Total debt service | 556,999 | 129,496 | 686,495 | 1,186,103 |
| | | | | |
| Transfers to reserves | $ (421,453) | 421,453 | - | - |
| | | | | |
| Revenues after debt service and transfers to reserves | | 309,342 | 309,342 | 413,392 |
| Direct investment in facilities | | (285,441) | (285,441) | (542,260) |
| Change in appropriations for self-insurance | | 249 | 249 | (15,201) |
| | | | | |
| Increase (decrease) in reserves | | 24,150 | 24,150 | (144,069) |
| Reserve balances,  January 1 | | 1,573,046 | 1,573,046 | 1,717,115 |
| Reserve balances,  December 31 | | $ 1,597,196 | $ 1,597,196 | $ 1,573,046 |

See Notes to Consolidated Financial Statements.



# Comptroller's Department

# Financial Statements and Appended Notes Year 2005



**THE PORT AUTHORITY** OF NY & NJ

**Schedule A - Revenues and Reserves**
(Pursuant to Port Authority bond resolutions)

| | Year ended December 31, 2005 | | | 2004 |
|---|---|---|---|---|
| | Operating Fund | Reserve Funds | Combined Total | Combined Total |
| | (In thousands) | | | |
| Gross operating revenues: | | | | |
| Rentals | $    928,395 | $        - | $    928,395 | $    877,306 |
| Tolls and fares | 787,381 | - | 787,381 | 788,333 |
| Aviation fees | 748,811 | - | 748,811 | 714,766 |
| Parking and other | 296,663 | - | 296,663 | 269,413 |
| Utilities | 147,795 | - | 147,795 | 121,436 |
| Rentals - Special Project Bonds Projects | 91,648 | - | 91,648 | 93,570 |
| Total gross operating revenues | 3,000,693 | - | 3,000,693 | 2,864,824 |
| | | | | |
| Operating expenses: | | | | |
| Employee compensation, including benefits | 870,784 | - | 870,784 | 806,890 |
| Contract services | 564,332 | - | 564,332 | 545,404 |
| Rents and amounts in-lieu-of taxes | 243,411 | - | 243,411 | 252,658 |
| Materials, equipment and other | 168,139 | - | 168,139 | 141,367 |
| Utilities | 149,604 | - | 149,604 | 141,476 |
| Interest on Special Project Bonds | 91,648 | - | 91,648 | 93,570 |
| Total operating expenses | 2,087,918 | - | 2,087,918 | 1,981,365 |
| | | | | |
| Amounts in connection with operating asset obligations | 48,008 | - | 48,008 | 34,609 |
| Expenses related to the events of September 11, 2001 | 3,358 | - | 3,358 | 4,985 |
| | | | | |
| Net operating revenues | 861,409 | - | 861,409 | 843,865 |
| | | | | |
| Financial income: | | | | |
| Income on investments | 33,597 | 25,025 | 58,622 | 40,853 |
| Net increase in fair value of investments | 26,115 | 18,835 | 44,950 | 16,550 |
| Allocated Passenger Facility Charges | 113,649 | | 113,649 | - |
| Contributions in aid of construction | 107,262 | - | 107,262 | 81,173 |
| Grants | 14,336 | - | 14,336 | 13,396 |
| Net revenues available for debt service and reserves | 1,156,368 | 43,860 | 1,200,228 | 995,837 |
| | | | | |
| Debt service: | | | | |
| Interest on bonds and other asset financing obligations | 355,068 | 17,645 | 372,713 | 353,813 |
| Debt maturities and retirements | 205,220 | - | 205,220 | 211,870 |
| Debt retirement acceleration | - | - | - | 110,075 |
| Repayment of asset financing obligations | - | 12,205 | 12,205 | 10,737 |
| Total debt service | 560,288 | 29,850 | 590,138 | 686,495 |
| | | | | |
| Transfers to reserves | $    (596,080) | 596,080 | - | - |
| | | | | |
| Revenues after debt service and transfers to reserves | | 610,090 | 610,090 | 309,342 |
| Direct investment in facilities | | (626,813) | (626,813) | (285,441) |
| Change in appropriations for self-insurance | | (5,325) | (5,325) | 249 |
| | | | | |
| (Decrease) increase in reserves | | (22,048) | (22,048) | 24,150 |
| Reserve balances,  January 1 | | 1,597,196 | 1,597,196 | 1,573,046 |
| Reserve balances,  December 31 | | $ 1,575,148 | $ 1,575,148 | $ 1,597,196 |

**See Notes to Consolidated Financial Statements.**



# Comptroller's Department

# Financial Statements and Appended Notes Year 2006



**THE PORT AUTHORITY** OF NY & NJ

## Schedule A - Revenues and Reserves
(Pursuant to Port Authority bond resolutions)

| | | Year ended December 31, 2006 | | 2005 |
|---|---|---|---|---|
| | Operating Fund | Reserve Funds | Combined Total | Combined Total |
| | | (In thousands) | | |
| **Gross operating revenues:** | | | | |
| Rentals | $   952,431 | $       - | $   952,431 | $   928,395 |
| Tolls and fares | 798,682 | - | 798,682 | 787,381 |
| Aviation fees | 717,631 | - | 717,631 | 748,811 |
| Parking and other | 334,088 | - | 334,088 | 296,663 |
| Utilities | 146,822 | - | 146,822 | 147,795 |
| Rentals - Special Project Bonds Projects | 88,884 | - | 88,884 | 91,648 |
| Total gross operating revenues | 3,038,538 | - | 3,038,538 | 3,000,693 |
| | | | | |
| **Operating expenses:** | | | | |
| Employee compensation, including benefits | 840,640 | - | 840,640 | 870,784 |
| Contract services | 590,197 | - | 590,197 | 564,332 |
| Rents and amounts in-lieu-of taxes | 254,178 | - | 254,178 | 243,411 |
| Materials, equipment and other | 187,996 | - | 187,996 | 168,139 |
| Utilities | 150,729 | - | 150,729 | 149,604 |
| Interest on Special Project Bonds | 88,884 | - | 88,884 | 91,648 |
| Total operating expenses | 2,112,624 | - | 2,112,624 | 2,087,918 |
| | | | | |
| Amounts in connection with operating asset obligations | 42,391 | - | 42,391 | 48,008 |
| Expenses related to the events of September 11, 2001 | 2,069 | - | 2,069 | 3,358 |
| | | | | |
| Net operating revenues | 881,454 | - | 881,454 | 861,409 |
| | | | | |
| **Financial income:** | | | | |
| Interest income | 39,597 | 48,000 | 87,597 | 58,622 |
| Net increase in fair value of investments | 38,788 | 8,421 | 47,209 | 44,950 |
| Contributions in aid of construction | 250,904 | - | 250,904 | 107,262 |
| Allocated Passenger Facility Charges | 186,555 | - | 186,555 | 113,649 |
| Grants | 17,469 | - | 17,469 | 14,336 |
| Pass-through grant program payments | (6,832) | - | (6,832) | - |
| Net revenues available for debt service and reserves | 1,407,935 | 56,421 | 1,464,356 | 1,200,228 |
| | | | | |
| **Debt service:** | | | | |
| Interest on bonds and other asset financing obligations | 379,361 | 26,587 | 405,948 | 372,713 |
| Debt maturities and retirements | 254,210 | - | 254,210 | 205,220 |
| Repayment of asset financing obligations | - | 109,934 | 109,934 | 12,205 |
| Total debt service | 633,571 | 136,521 | 770,092 | 590,138 |
| | | | | |
| Transfers to reserves | $   (774,364) | 774,364 | - | - |
| | | | | |
| Revenues after debt service and transfers to reserves | | 694,264 | 694,264 | 610,090 |
| Direct investment in facilities | | (490,750) | (490,750) | (626,813) |
| Change in appropriations for self-insurance | | (4,968) | (4,968) | (5,325) |
| | | | | |
| Increase (decrease) in reserves | | 198,546 | 198,546 | (22,048) |
| Reserve balances, January 1 | | 1,575,148 | 1,575,148 | 1,597,196 |
| Reserve balances, December 31 | | $   1,773,694 | $   1,773,694 | $   1,575,148 |



**Comptroller's Department**

# Financial Statements and Appended Notes Year 2007

**THE PORT AUTHORITY OF NY & NJ**

## Schedule A - Revenues and Reserves
(Pursuant to Port Authority bond resolutions)

| | Year ended December 31, 2007 | | | 2006 |
|---|---|---|---|---|
| | Operating Fund | Reserve Funds | Combined Total | Combined Total |
| | (In thousands) | | | |
| **Gross operating revenues:** | | | | |
| Rentals | $      986,663 | $          - | $      986,663 | $      952,431 |
| Tolls and fares | 800,244 | - | 800,244 | 798,682 |
| Aviation fees | 783,875 | - | 783,875 | 717,631 |
| Parking and other | 385,446 | - | 385,446 | 334,088 |
| Utilities | 149,537 | - | 149,537 | 146,822 |
| Rentals - Special Project Bonds Projects | 85,861 | - | 85,861 | 88,884 |
| Total gross operating revenues | 3,191,626 | - | 3,191,626 | 3,038,538 |
| | | | | |
| **Operating expenses:** | | | | |
| Employee compensation, including benefits | 922,671 | - | 922,671 | 840,640 |
| Contract services | 587,730 | - | 587,730 | 590,197 |
| Rents and amounts in-lieu-of taxes | 271,073 | - | 271,073 | 254,178 |
| Materials, equipment and other | 212,147 | - | 212,147 | 187,996 |
| Utilities | 167,912 | - | 167,912 | 150,729 |
| Interest on Special Project Bonds | 85,861 | - | 85,861 | 88,884 |
| Total operating expenses | 2,247,394 | - | 2,247,394 | 2,112,624 |
| | | | | |
| Amounts in connection with operating asset obligations | 40,787 | - | 40,787 | 42,391 |
| Expenses related to the events of September 11, 2001 | 4,563 | - | 4,563 | 2,069 |
| | | | | |
| Net operating revenues | 898,882 | - | 898,882 | 881,454 |
| | | | | |
| **Financial income:** | | | | |
| Interest income | 54,372 | 62,447 | 116,819 | 87,597 |
| Net increase in fair value of investments | 34,912 | 56,543 | 91,455 | 47,209 |
| Contributions in aid of construction | 313,504 | - | 313,504 | 250,904 |
| Application of Passenger Facility Charges | 220,583 | - | 220,583 | 186,555 |
| Application of 1WTC LLC/WTC Retail LLC Insurance Proceeds | 305,532 | - | 305,532 | - |
| Restricted Net Operating Revenues - PAICE | (1,354) | - | (1,354) | - |
| Grants | 11,310 | - | 11,310 | 17,469 |
| Pass-through grant program payments | (4,717) | - | (4,717) | (6,832) |
| Net revenues available for debt service and reserves | 1,833,024 | 118,990 | 1,952,014 | 1,464,356 |
| | | | | |
| **Debt service:** | | | | |
| Interest on bonds and other asset financing obligations | 417,209 | 36,077 | 453,286 | 405,948 |
| Debt maturities and retirements | 177,160 | - | 177,160 | 254,210 |
| Repayment of asset financing obligations | - | 110,424 | 110,424 | 109,934 |
| Total debt service | 594,369 | 146,501 | 740,870 | 770,092 |
| | | | | |
| Transfers to reserves | $  (1,238,655) | 1,238,655 | - | - |
| | | | | |
| Revenues after debt service and transfers to reserves | | 1,211,144 | 1,211,144 | 694,264 |
| Direct investment in facilities | | (808,694) | (808,694) | (490,750) |
| Change in appropriations for self-insurance | | (3,220) | (3,220) | (4,968) |
| | | | | |
| Increase in reserves | | 399,230 | 399,230 | 198,546 |
| Reserve balances, January 1 | | 1,773,694 | 1,773,694 | 1,575,148 |
| Reserve balances, December 31 | | $  2,172,924 | $  2,172,924 | $  1,773,694 |

**See Notes to Consolidated Financial Statements**

65

Management's Discussion and Analysis
(continued)

## Capital Construction Activities

Port Authority expenditures for capital construction projects, including amounts accrued, totaled $2.3 billion in 2007, $1.6 billion in 2006 and $1.3 billion in 2005.  Following is a chart of net capital expenditures for the last three years summarized by line of business:



Funding sources for the $2.3 billion spent by the Port Authority on capital investment in 2007 were as follows: $1.21 billion was funded with proceeds derived from the issuance of capital obligations; $245 million was funded by FTA contributions in aid of construction; $75 million was funded through Federal Aviation Administration (FAA) grants; $66 million was funded by PFCs; and the balance of approximately $691 million was paid from Port Authority funds and other contributions.

Additional capital investment information on Port Authority facilities can be found in Note B to the consolidated financial statements and in Schedule F located in the Statistical and Other Supplemental Information section of this report.

## 2008 Planned Capital Expenditures

In connection with the adoption of the 2008 Budget, the Port Authority's updated capital plan calls for total spending of approximately $2.5 billion in 2008 as depicted in the following chart:

**Management's Discussion and Analysis
(continued)**



Major elements of the 2008 Capital Plan include:

➢ Rebuilding the World Trade Center Site, including the permanent WTC Transportation Hub, the Freedom Tower, the WTC Retail Redevelopment, the WTC Memorial and WTC Site Infrastructure

➢ Construction of a new passenger terminal at JFK

➢ Redevelopment of Terminal B at EWR

➢ Procurement of new PATH rail cars and the commencement of a station improvement program

➢ Modernization of the Goethals Bridge and Deck Rehabilitation Program

➢ Ongoing Port capacity improvements including rail and roadway enhancements, as well as channel deepening

➢ Planning and Site Acquisition for the ARC (Access to the Region's Core) Rail Tunnel project

➢ Various facility security projects, including detection systems and structural hardening



Comptroller's
Department

# Financial Statements
# and
# Appended Notes
# Year 2008

THE PORT AUTHORITY OF NY & NJ

## Schedule A - Revenues and Reserves
(Pursuant to Port Authority bond resolutions)

| | Year ended December 31, 2008 | | | 2007 |
|---|---|---|---|---|
| | Operating Fund | Reserve Funds | Combined Total | Combined Total |
| | (In thousands) | | | |
| **Gross operating revenues:** | | | | |
| Rentals | $ 1,079,634 | $ - | $ 1,079,634 | $ 986,663 |
| Tolls and fares | 1,054,801 | - | 1,054,801 | 800,244 |
| Aviation fees | 816,628 | - | 816,628 | 781,355 |
| Parking and other | 328,220 | - | 328,220 | 387,966 |
| Utilities | 169,576 | - | 169,576 | 149,537 |
| Rentals - Special Project Bonds Projects | 78,693 | - | 78,693 | 85,861 |
| Total gross operating revenues | 3,527,552 | - | 3,527,552 | 3,191,626 |
| | | | | |
| **Operating expenses:** | | | | |
| Employee compensation, including benefits | 941,289 | - | 941,289 | 922,671 |
| Contract services | 670,489 | - | 670,489 | 587,730 |
| Materials, equipment and other | 314,722 | - | 314,722 | 212,147 |
| Rents and amounts in-lieu-of taxes | 274,916 | - | 274,916 | 271,073 |
| Utilities | 183,583 | - | 183,583 | 167,912 |
| Interest on Special Project Bonds | 78,693 | - | 78,693 | 85,861 |
| Total operating expenses | 2,463,692 | - | 2,463,692 | 2,247,394 |
| | | | | |
| Amounts in connection with operating asset obligations | 41,301 | - | 41,301 | 40,787 |
| Net (recoverables) expenses related to the events of September 11, 2001 | (457,918) | - | (457,918) | 4,563 |
| | | | | |
| Net operating revenues | 1,480,477 | - | 1,480,477 | 898,882 |
| | | | | |
| **Financial income:** | | | | |
| Interest income | 33,419 | 50,788 | 84,207 | 116,819 |
| Net (decrease) increase in fair value of investments | 10,334 | (114,078) | (103,744) | 91,455 |
| Contributions in aid of construction | 313,078 | - | 313,078 | 313,504 |
| Application of Passenger Facility Charges | 215,407 | - | 215,407 | 220,583 |
| Application of 1WTC LLC/WTC Retail LLC Insurance Proceeds | 411,278 | - | 411,278 | 305,532 |
| Restricted Net Operating Revenues - PAICE | (4,311) | - | (4,311) | (1,354) |
| Grants | 9,811 | - | 9,811 | 11,310 |
| Pass-through grant program payments | (3,130) | - | (3,130) | (4,717) |
| Net revenues available for debt service and reserves | 2,466,363 | (63,290) | 2,403,073 | 1,952,014 |
| | | | | |
| **Debt service:** | | | | |
| Interest on bonds and other asset financing obligations | 409,175 | 28,797 | 437,972 | 453,286 |
| Debt maturities and retirements | 152,275 | - | 152,275 | 177,160 |
| Repayment of asset financing obligations | - | 80,775 | 80,775 | 110,424 |
| Total debt service | 561,450 | 109,572 | 671,022 | 740,870 |
| | | | | |
| Transfers to reserves | $ (1,904,913) | 1,904,913 | - | - |
| | | | | |
| Revenues after debt service and transfers to reserves | | 1,732,051 | 1,732,051 | 1,211,144 |
| Direct investment in facilities | | (1,514,369) | (1,514,369) | (808,694) |
| Change in appropriations for self-insurance | | 2,123 | 2,123 | (3,220) |
| | | | | |
| Increase in reserves | | 219,805 | 219,805 | 399,230 |
| Reserve balances, January 1 | | 2,172,924 | 2,172,924 | 1,773,694 |
| Reserve balances, December 31 | | $ 2,392,729 | $ 2,392,729 | $ 2,172,924 |

See Notes to Consolidated Financial Statements

**Management's Discussion and Analysis
(continued)**

**2008 vs. 2007**

PFCs, grants, restricted insurance proceeds and other contributions totaled $584 million in 2008, which represents a $722 million decrease from 2007. The year-to-year decrease is primarily due to the global settlement of the World Trade Center net lessees', including 1 WTC LLC and WTC Retail LLC, September 11, 2001 property damage and business interruption insurance claims in 2007. PFC collections were also lower by approximately $10 million in 2008 due to a decline in passenger activity levels.

**2007 vs. 2006**

PFCs, grants, restricted insurance proceeds and other contributions totaled $1.3 billion in 2007, which is $663 million higher than 2006. The year-to-year increase is primarily due to the receipt of approximately $576 million in additional insurance proceeds restricted to business interruption and redevelopment costs of 1 WTC LLC and WTC Retail LLC; higher capital expenditures on projects eligible for federal funding from the Federal Transit Administration (FTA); and higher PFC collections reflecting the full year impact of the increase from $3.00 to $4.50 in the PFC imposed on enplaned passengers, which went into effect April 1, 2006, and higher passenger volumes at the airports.

## Capital Construction Activities

Port Authority expenditures for capital construction projects, including amounts accrued, totaled $2.4 billion in 2008, $2.3 billion in 2007 and $1.6 billion in 2006. Following is a chart of net capital expenditures for the last three years summarized by line of business:



**Management's Discussion and Analysis**
**(continued)**

Funding sources for the $2.4 billion spent by the Port Authority on capital investment in 2008 were as follows: $764 million was funded with proceeds derived from the issuance of capital obligations; $209 million was funded by FTA contributions in aid of construction; $92 million was funded through Federal Aviation Administration (FAA) grants; $143 million was funded by PFCs; and the balance of approximately $1.15 billion was paid from Port Authority funds and other contributions.

Additional capital investment information on Port Authority facilities can be found in Note B to the consolidated financial statements and in Schedule F located in the Statistical and Other Supplemental Information section of this report.

**2009 Planned Capital Expenditures**

The 2009 Budget includes capital spending of approximately $3.3 billion as depicted in the following chart:





**Comptroller's Department**

# Financial Statements and Appended Notes for the Year ended December 31, 2009

**THE PORT AUTHORITY** OF NY & NJ

## Schedule A - Revenues and Reserves
(Pursuant to Port Authority bond resolutions)

| | Year ended December 31, 2009 | | | 2008 |
|---|---|---|---|---|
| | Operating Fund | Reserve Funds | Combined Total | Combined Total |
| | | (In thousands) | | |
| **Gross operating revenues:** | | | | |
| Rentals | $ 1,115,652 | $ - | $1,115,652 | $1,079,634 |
| Tolls and fares | 1,068,105 | - | 1,068,105 | 1,054,801 |
| Aviation fees | 839,327 | - | 839,327 | 816,628 |
| Parking and other | 316,005 | - | 316,005 | 328,220 |
| Utilities | 140,817 | - | 140,817 | 169,576 |
| Rentals - Special Project Bonds Projects | 72,337 | - | 72,337 | 78,693 |
| Total gross operating revenues | 3,552,243 | - | 3,552,243 | 3,527,552 |
| **Operating expenses:** | | | | |
| Employee compensation, including benefits | 974,154 | - | 974,154 | 941,289 |
| Contract services | 683,418 | - | 683,418 | 670,489 |
| Rents and amounts in-lieu-of taxes | 276,830 | - | 276,830 | 274,916 |
| Materials, equipment and other | 263,682 | - | 263,682 | 314,722 |
| Utilities | 168,249 | - | 168,249 | 183,583 |
| Interest on Special Project Bonds | 72,337 | - | 72,337 | 78,693 |
| Total operating expenses | 2,438,670 | - | 2,438,670 | 2,463,692 |
| Amounts in connection with operating asset obligations | 55,058 | - | 55,058 | 41,301 |
| Net (recoverables) related to the events of September 11, 2001 | (202,978) | - | (202,978) | (457,918) |
| Net operating revenues | 1,261,493 | - | 1,261,493 | 1,480,477 |
| **Financial income:** | | | | |
| Interest income | 21,157 | 41,239 | 62,396 | 84,207 |
| Net increase (decrease) in fair value of investments | (2,360) | 81,100 | 78,740 | (103,744) |
| Contributions in aid of construction | 382,978 | - | 382,978 | 313,078 |
| Application of Passenger Facility Charges | 205,164 | - | 205,164 | 215,407 |
| Application of 1WTC LLC/WTC Retail LLC Insurance Proceeds | 266,676 | - | 266,676 | 411,278 |
| Restricted Net Revenues - PAICE | 3,177 | - | 3,177 | (4,311) |
| Grants | 10,613 | - | 10,613 | 9,811 |
| Pass-through grant program payments | (1,120) | - | (1,120) | (3,130) |
| Net revenues available for debt service and reserves | 2,147,778 | 122,339 | 2,270,117 | 2,403,073 |
| **Debt service:** | | | | |
| Interest on bonds and other asset financing obligations | 427,384 | 8,938 | 436,322 | 437,972 |
| Debt maturities and retirements | 147,370 | - | 147,370 | 152,275 |
| Repayment of asset financing obligations | - | 13,525 | 13,525 | 80,775 |
| Total debt service | 574,754 | 22,463 | 597,217 | 671,022 |
| Transfers to reserves | $ (1,573,024) | 1,573,024 | - | - |
| Revenues after debt service and transfers to reserves | | 1,672,900 | 1,672,900 | 1,732,051 |
| Direct investment in facilities | | (1,522,096) | (1,522,096) | (1,514,369) |
| Change in appropriations for self-insurance | | 6,463 | 6,463 | 2,123 |
| Increase in reserves | | 157,267 | 157,267 | 219,805 |
| Reserve balances, January 1 | | 2,392,729 | 2,392,729 | 2,172,924 |
| Reserve balances, December 31 | | $2,549,996 | $2,549,996 | $2,392,729 |

See Notes to Consolidated Financial Statements

**Management's Discussion and Analysis
(continued)**

## Capital Construction Activities

Port Authority expenditures for capital construction projects, including amounts associated with contributed capital, totaled $2.7 billion in 2009, $2.4 billion in 2008 and $2.3 billion in 2007.  The following chart depicts net capital expenditures for the last three years summarized by line of business:



Funding sources for the $2.7 billion spent by the Port Authority on capital investment in 2009 were as follows: $802.5 million was funded with proceeds derived from the issuance of capital obligations; $283.1 million was funded by FTA contributions in aid of construction; $79.5 million was funded through Federal Aviation Administration grants; $205.2 million was funded by PFCs; and the balance of approximately $1.35 billion was funded through appropriations from the Port Authority Consolidated Bond Reserve Fund and other sources.

Additional capital investment information on Port Authority facilities can be found in Note B to the consolidated financial statements and in Schedule F located in the Statistical and Other Supplemental Information section of this report.

**2010 Planned Capital Expenditures**

The 2010 Budget includes capital spending of approximately $3.1 billion, with approximately 50% of that amount allocated to the WTC site as depicted in the following chart:

**Management's Discussion and Analysis
(continued)**



Major elements of the 2010 Capital Plan include:

➢ Continued rebuilding of the WTC Site, including the permanent WTC Transportation Hub, One World Trade Center, WTC Retail Redevelopment, the WTC Memorial and certain WTC Site Infrastructure

➢ Planning for the Central Terminal Building at LGA

➢ Advancement of the JFK Flight Delay Reduction Program

➢ Planning for the Modernization of Terminal A at EWR

➢ Continued procurement of new PATH rail cars

➢ New PATH Signal Replacement Program

➢ Continued planning efforts for the modernization of the Goethals Bridge and the rehabilitation of the Holland Tunnel Ventilation System

13



**Comptroller's Department**

# Financial Statements and Appended Notes for the Year ended December 31, 2010

**THE PORT AUTHORITY OF NY & NJ**

**Management's Discussion and Analysis**
**(continued)**

termination payment in connection with the redemption of Versatile Structure Obligations Series 2.

**Passenger Facility Charges and Other Contributions**

| | 2010 | 2009 | 2008 |
|---|---|---|---|
| | (In thousands) | | |
| Contributions in aid of construction | $358,268 | $382,978 | $313,078 |
| Passenger Facility Charges | 210,387 | 201,737 | 211,667 |
| 1 WTC LLC/WTC Retail LLC insurance proceeds | 42,814 | 50,813 | 49,771 |
| Grants | 11,708 | 10,613 | 9,811 |
| Total | $623,177 | $646,141 | $584,327 |

**2010 vs. 2009**

PFCs, grants, 1 WTC LLC/ WTC Retail LLC restricted insurance proceeds and other contributions totaled $623 million in 2010, representing a $23 million decrease from 2009.  The year-to-year decrease is primarily due to lower amounts received in connection with capital projects eligible for federal funding from the Federal Transit Administration (FTA) and insurance proceeds received in connection with the November 2006 global settlement of the World Trade Center net lessees September 11, 2001 property damage and business interruption claims.  The decrease was partially offset by an increase in PFC collections reflecting higher passenger activity at LGA and JFK.

**2009 vs. 2008**

PFCs, grants, 1 WTC LLC/ WTC Retail LLC restricted insurance proceeds and other contributions totaled $646 million in 2009, $62 million higher than 2008.  The year-to-year increase is primarily due to higher capital expenditures on projects eligible for federal funding from the FTA, partially offset by a decrease in PFC collections reflecting lower passenger activity at EWR, JFK and LGA.

**Capital Construction Activities**

Port Authority expenditures for capital construction projects, including amounts associated with contributed capital, totaled $3.0 billion in 2010, $2.7 billion in 2009 and $2.4 billion in 2008.  The following chart depicts net capital expenditures for the last three years summarized by line of business:

**Management's Discussion and Analysis
(continued)**



Funding sources for the $3.0 billion spent by the Port Authority on capital investment in 2010 were as follows: $1.3 billion was funded with proceeds derived from the issuance of capital obligations; $234.9 million was funded by FTA contributions in aid of construction; $97.2 million was funded through other contributions in aid of construction; $201.8 million was funded by PFCs; $289 million was funded by insurance proceeds; and the balance of approximately $900 million was funded through appropriations from the Port Authority's Consolidated Bond Reserve Fund and other sources.

Additional capital investment information on Port Authority facilities can be found in Note B to the consolidated financial statements and in Schedule F located in the Statistical and Other Supplemental Information section of this report.

**2011 Planned Capital Expenditures**

The 2011 Budget includes capital spending of approximately $3.9 billion, with approximately 50% of that amount allocated to the WTC site as depicted in the following chart:

13

**Management's Discussion and Analysis (continued)**



Major elements of 2011 planned capital expenditures include:

- Continued redevelopment of the World Trade Center site, including the permanent WTC Transportation Hub, One World Trade Center, WTC Retail Redevelopment, the WTC Memorial and certain World Trade Center site infrastructure

- Planning activities for the modernization of the Central Terminal Building (CTB) at LGA and the expansion of Terminal 4 at JFK

- Advancement of the JFK Flight Delay Reduction Program

- Planning for the modernization of Terminals A and B at EWR

- Continued procurement of new PATH rail cars

- Advancement of the PATH Signal Replacement Program
- Continued planning efforts for the modernization and/or replacement of the Goethals and Bayonne Bridges

- Continued planning efforts for the rehabilitation of the Holland Tunnel Ventilation System and George Washington Bridge Upper Level

14

## Schedule A - Revenues and Reserves
(Pursuant to Port Authority bond resolutions)

| | Year ended December 31, 2010 | | | 2009 |
|---|---|---|---|---|
| | Operating Fund | Reserve Funds | Combined Total | Combined Total |
| | | | (In thousands) | |
| **Gross operating revenues:** | | | | |
| Rentals | $ 1,144,709 | $ - | $ 1,144,709 | $ 1,115,652 |
| Tolls and fares | 1,069,785 | - | 1,069,785 | 1,068,105 |
| Aviation fees | 872,774 | - | 872,774 | 839,327 |
| Parking and other | 321,257 | - | 321,257 | 316,005 |
| Utilities | 154,041 | - | 154,041 | 140,817 |
| Rentals - Special Project Bonds Projects | 71,457 | - | 71,457 | 72,337 |
| Total gross operating revenues | 3,634,023 | - | 3,634,023 | 3,552,243 |
| | | | | |
| **Operating expenses:** | | | | |
| Employee compensation, including benefits | 1,022,195 | - | 1,022,195 | 974,154 |
| Contract services | 630,438 | - | 630,438 | 683,418 |
| Materials, equipment and other | 418,639 | - | 418,639 | 263,682 |
| Rents and amounts in-lieu-of taxes | 272,002 | - | 272,002 | 276,830 |
| Utilities | 183,826 | - | 183,826 | 168,249 |
| Interest on Special Project Bonds | 71,457 | - | 71,457 | 72,337 |
| Total operating expenses | 2,598,557 | - | 2,598,557 | 2,438,670 |
| | | | | |
| Amounts in connection with operating asset obligations | 46,561 | - | 46,561 | 55,058 |
| Net (recoverables) related to the events of September 11, 2001 | (53,051) | - | (53,051) | (202,978) |
| | | | | |
| Net operating revenues | 1,041,956 | - | 1,041,956 | 1,261,493 |
| | | | | |
| **Financial income:** | | | | |
| Interest income | 19,089 | 36,746 | 55,835 | 62,396 |
| Net increase (decrease) in fair value of investments | (1,150) | (55,585) | (56,735) | 78,740 |
| Contributions in aid of construction | 358,268 | - | 358,268 | 382,978 |
| Application of Passenger Facility Charges | 207,122 | - | 207,122 | 205,164 |
| Application of 1WTC LLC/WTC Retail LLC Insurance Proceeds | 61,468 | - | 61,468 | 266,676 |
| Restricted Net Revenues - PAICE | (102) | - | (102) | 3,177 |
| Grants | 11,708 | - | 11,708 | 10,613 |
| Pass-through grant program payments | (2,166) | - | (2,166) | (1,120) |
| Net revenues available for debt service and reserves | 1,696,193 | (18,839) | 1,677,354 | 2,270,117 |
| | | | | |
| **Debt service:** | | | | |
| Interest on bonds and other asset financing obligations | 436,622 | 7,580 | 444,202 | 436,322 |
| Debt maturities and retirements | 178,095 | - | 178,095 | 147,370 |
| Repayment of asset financing obligations | - | 30,062 | 30,062 | 13,525 |
| Total debt service | 614,717 | 37,642 | 652,359 | 597,217 |
| | | | | |
| Transfers to reserves | $ (1,081,476) | 1,081,476 | - | |
| | | | | |
| Revenues after debt service and transfers to reserves | | 1,024,995 | 1,024,995 | 1,672,900 |
| Direct investment in facilities | | (1,375,008) | (1,375,008) | (1,522,096) |
| Change in appropriations for self-insurance | | (3,971) | (3,971) | 6,463 |
| | | | | |
| Decrease in reserves | | (353,984) | (353,984) | 157,267 |
| Reserve balances, January 1 | | 2,549,996 | 2,549,996 | 2,392,729 |
| Reserve balances, December 31 | | $ 2,196,012 | $ 2,196,012 | $ 2,549,996 |

**See Notes to Consolidated Financial Statements**



**Comptroller's Department**

# Financial Statements and Appended Notes for the Year ended December 31, 2011

**THE PORT AUTHORITY** OF NY & NJ

**Management's Discussion and Analysis (continued)**

### Capital Construction Activities

Port Authority expenditures for capital construction projects, including contributed capital amounts, totaled $3.4 billion in 2011, $3.0 billion in 2010 and $2.7 billion in 2009. The following chart depicts net capital expenditures for the last three years summarized by line of business:



Funding sources for the $3.4 billion of Port Authority capital investment in 2011 were as follows: $2.1 billion was funded with proceeds received from the issuance of capital debt obligations, $199 million was funded with PFCs, $123 million was funded with FTA contributions in aid of construction for the WTC Transportation Hub, $37 million was funded with other contributions in aid of construction, $12 million was funded with 1 WTC LLC insurance proceeds, $272 million was funded with Port Authority Consolidated Bond Reserve Fund, $100 million was funded with Tower 1 Joint Venture LLC capital contributions, $489 million was funded from WTC Towers 2, 3 and 4 net lessee capital contributions, and the balance of approximately $97 million was funded through other sources.

Additional capital investment information on Port Authority facilities can be found in Note B - Facilities, Net to the consolidated financial statements and in Schedule F – Information on Port Authority Capital Program Components located in the Statistical and Other Supplemental Information section of this report.

**Management's Discussion and Analysis
(continued)**

**2012 Planned Capital Expenditures**

The Preliminary 2012 Budget includes capital spending of approximately $3.7 billion, as depicted in the following chart:



**Allocation of
2012 Planned Capital Expenditures**

Major elements of 2012 planned capital expenditures include:

- ➢ Continued redevelopment of the WTC site, including One World Trade Center, the WTC Transportation Hub, certain WTC site infrastructure, the WTC Vehicular Security Center and Tour Bus Parking Facility, and WTC retail redevelopment

- ➢ Improvements to infrastructure for the main routes and approaches to the Lincoln Tunnel

- ➢ Continued planning efforts for replacement of the Goethals Bridge and rehabilitation of the Bayonne Bridge

- ➢ Rehabilitation of the Holland Tunnel ventilation system, GWB upper level deck, and Lincoln Tunnel helix and bus ramps

## Schedule A - Revenues and Reserves
(Pursuant to Port Authority bond resolutions)

| | Year ended December 31, 2011 | | | 2010 |
|---|---|---|---|---|
| | Operating Fund | Reserve Funds | Combined Total | Combined Total |
| | | | (In thousands) | |
| **Gross operating revenues:** | | | | |
| Rentals | $ 1,150,569 | $ - | $ 1,150,569 | $ 1,144,709 |
| Tolls and fares | 1,148,061 | - | 1,148,061 | 1,069,785 |
| Aviation fees | 895,356 | - | 895,356 | 872,774 |
| Parking and other | 339,131 | - | 339,131 | 321,257 |
| Utilities | 154,810 | - | 154,810 | 154,041 |
| Rentals - Special Project Bonds Projects | 112,553 | - | 112,553 | 71,457 |
| Total gross operating revenues | 3,800,480 | - | 3,800,480 | 3,634,023 |
| **Operating expenses:** | | | | |
| Employee compensation, including benefits | 1,037,681 | - | 1,037,681 | 1,022,195 |
| Contract services | 726,883 | - | 726,883 | 630,438 |
| Rents and amounts in-lieu-of taxes | 280,237 | - | 280,237 | 272,002 |
| Materials, equipment and other | 219,183 | - | 219,183 | 418,639 |
| Utilities | 188,432 | - | 188,432 | 183,826 |
| Interest on Special Project Bonds | 112,553 | - | 112,553 | 71,457 |
| Total operating expenses | 2,564,969 | - | 2,564,969 | 2,598,557 |
| Amounts in connection with operating asset obligations | 29,580 | - | 29,580 | 46,561 |
| Net (recoverables) related to the events of September 11, 2001 | - | - | - | (53,051) |
| Net operating revenues | 1,205,931 | - | 1,205,931 | 1,041,956 |
| **Financial Income:** | | | | |
| Interest income | 17,732 | 30,294 | 48,026 | 55,835 |
| Net (decrease) in fair value of investments | (1,206) | (100,090) | (101,296) | (56,735) |
| Contributions in aid of construction | 487,296 | - | 487,296 | 358,268 |
| Application of Passenger Facility Charges | 215,645 | - | 215,645 | 207,122 |
| Application of 1WTC LLC/WTC Retail LLC Insurance Proceeds | 57,340 | - | 57,340 | 61,468 |
| Application of 4 WTC associated payments | 8,343 | - | 8,343 | - |
| Restricted Net Revenues - PAICE | 644 | - | 644 | (102) |
| Grants | 23,727 | - | 23,727 | 11,708 |
| Pass-through grant program payments | (11,507) | - | (11,507) | (2,166) |
| Net revenues available for debt service and reserves | 2,003,945 | (69,796) | 1,934,149 | 1,677,354 |
| **Debt service:** | | | | |
| Interest on bonds and other asset financing obligations | 480,623 | 37,702 | 518,325 | 444,202 |
| Debt maturities and retirements | 140,390 | - | 140,390 | 178,095 |
| Debt retirement acceleration | | 6,100 | 6,100 | - |
| Repayment of asset financing obligations | - | 20,258 | 20,258 | 30,062 |
| Total debt service | 621,013 | 64,060 | 685,073 | 652,359 |
| Transfers to reserves | $ (1,382,932) | 1,382,932 | - | - |
| Revenues after debt service and transfers to reserves | | 1,249,076 | 1,249,076 | 1,024,995 |
| Direct investment in facilities | | (742,001) | (742,001) | (1,375,008) |
| Change in appropriations for self-insurance | | 1,949 | 1,949 | (3,971) |
| Increase in reserves | | 509,024 | 509,024 | (353,984) |
| Reserve balances, January 1 | | 2,196,012 | 2,196,012 | 2,549,996 |
| Reserve balances, December 31 | | $ 2,705,036 | $ 2,705,036 | $ 2,196,012 |

**See Notes to Consolidated Financial Statements**

73



# *Preliminary*
# *2012 Capital Budget*



# PORT AUTHORITY PRELIMINARY 2012 CAPITAL BUDGET
## SUMMARY BY DEPARTMENTS
(In thousands)

| | Preliminary 2012 Budget |
|---|---:|
| Aviation | $ 452,374 |
| Development | 2,124 |
| PATH | 351,463 |
| Port Commerce | 345,877 |
| Regional Capital Programs | 121,342 |
| Tunnels, Bridges & Terminals | 625,535 |
| World Trade Center | 2,001,156 |
| **Total** | **3,899,871** |
| Provision for Efficiency and Phasing | (246,077) |
| **Grand Total** | **$ 3,653,794** |

THE PORT AUTHORITY OF NEW YORK & NEW JERSEY
PRELIMINARY 2012 CAPITAL BUDGET
SORTED BY DEPARTMENT, FACILITY AND PROGRAM
(In thousands)

| | PRELIMINARY 2012 BUDGET |
|---|---:|
| **AVIATION** | |
| **CA02-LaGUARDIA AIRPORT** | |
| AERONAUTICAL | $  23,647 |
| INFRASTRUCTURE | 29,013 |
| LANDSIDE | 4,478 |
| SECURITY | 8,837 |
| TERMINALS | 13,223 |
| CA02-LaGUARDIA AIRPORT | 79,198 |
| | |
| **CA03-JFK AIRPORT** | |
| AERONAUTICAL | 63,861 |
| INFRASTRUCTURE | 43,572 |
| LANDSIDE | 3,847 |
| SECURITY | 13,422 |
| TERMINALS | 15,190 |
| CA03-JFK AIRPORT | 139,892 |
| | |
| **CA32-KENNEDY AIRPORT REDEVELOPMENT** | |
| SECURITY | 784 |
| TERMINALS | 438 |
| CA32-KENNEDY AIRPORT REDEVELOPMENT | 1,222 |
| | |
| **CA39-JFK AIRTRAIN** | |
| LANDSIDE | 2,840 |
| CA39-JFK AIRTRAIN | 2,840 |
| | |
| KENNEDY AIRPORT TOTAL | 143,954 |
| | |
| **CA04-NEWARK AIRPORT** | |
| AERONAUTICAL | 51,801 |
| INFRASTRUCTURE | 34,294 |
| LANDSIDE | 20,928 |
| SECURITY | 10,064 |
| TERMINALS | 12,451 |
| CA04-NEWARK LIBERTY AIRPORT | 129,538 |

THE PORT AUTHORITY OF NEW YORK & NEW JERSEY
PRELIMINARY 2012 CAPITAL BUDGET
SORTED BY DEPARTMENT, FACILITY AND PROGRAM
(In thousands)

| | PRELIMINARY 2012 BUDGET |
|---|---|
| **CA44-NEWARK LIBERTY REDEVELOPMENT** | |
| TERMINALS | 43,714 |
| | |
| CA44-NEWARK LIBERTY REDEVELOPMENT | 43,714 |
| | |
| NEWARK LIBERTY AIRPORT TOTAL | 173,252 |
| | |
| **CA05-TETERBORO AIRPORT** | |
| AERONAUTICAL | 24,637 |
| INFRASTRUCTURE | 11,892 |
| SECURITY | 1,739 |
| | |
| CA05-TETERBORO AIRPORT | 38,268 |
| | |
| **CA06-STEWART AIRPORT** | |
| AERONAUTICAL | 6,760 |
| INFRASTRUCTURE | 3,162 |
| LANDSIDE | 1,815 |
| PARKING | 996 |
| SECURITY | 3,144 |
| TERMINALS | 1,825 |
| | |
| CA06-STEWART AIRPORT | 17,702 |
| | |
| **AVIATION TOTAL** | **452,374** |
| | |
| **DEVELOPMENT** | |
| **CH02-FERRY TRANSPORTATION** | |
| INFRASTRUCTURE | 2,124 |
| | |
| CH02-FERRY TRANSPORTATION | 2,124 |
| | |
| **DEVELOPMENT TOTAL** | **2,124** |

THE PORT AUTHORITY OF NEW YORK & NEW JERSEY
PRELIMINARY 2012 CAPITAL BUDGET
SORTED BY DEPARTMENT, FACILITY AND PROGRAM
(In thousands)

| | PRELIMINARY 2012 BUDGET |
|---|---|
| **PATH** | |
| **CR02-PATH** | |
| CARS | 51,877 |
| INFRASTRUCTURE | 59,797 |
| SECURITY | 154 |
| SIGNALS/COMMUNICATIONS | 108,312 |
| STATIONS | 23,272 |
| TRACKS | 15,328 |
| **CR02-PATH** | 258,740 |
| **CR08-PATH SAFETY** | |
| INFRASTRUCTURE | 1,013 |
| SECURITY | 80,868 |
| SIGNALS/COMMUNICATIONS | 1,765 |
| **CR08-PATH SAFETY** | 83,646 |
| **CR21-JOURNAL SQUARE** | |
| INFRASTRUCTURE | 5,571 |
| SECURITY | 3,506 |
| **CR21-JOURNAL SQUARE** | 9,077 |
| **PATH TOTAL** | **351,463** |
| **PORT COMMERCE** | |
| **CP05-PORT NEWARK** | |
| DREDGING | 10,000 |
| INFRASTRUCTURE | 38,194 |
| INTERMODAL | 35,535 |
| ROADWAYS | 14,574 |
| SECURITY | 1,116 |
| **CP05-PORT NEWARK** | 99,419 |
| **CP08-ELIZABETH PA MARINE TERMINALS** | |
| DREDGING | 32,000 |
| INFRASTRUCTURE | 3,421 |
| ROADWAYS | 16,462 |
| **CP08-ELIZABETH PA MARINE TERMINALS** | 51,883 |

THE PORT AUTHORITY OF NEW YORK & NEW JERSEY
PRELIMINARY 2012 CAPITAL BUDGET
SORTED BY DEPARTMENT, FACILITY AND PROGRAM
(In thousands)

| | PRELIMINARY 2012 BUDGET |
|---|---:|
| **CP09-BROOKLYN MARINE TERMINALS** | |
| INFRASTRUCTURE | 11,018 |
| SECURITY | 1,380 |
| CP09-BROOKLYN MARINE TERMINALS | 12,398 |
| | |
| **CP11-NEW YORK CONTAINER TERMINAL** | |
| DEVELOPMENT | 2,365 |
| DREDGING | 29,000 |
| INFRASTRUCTURE | 4,931 |
| CP11-NEW YORK CONTAINER TERMINAL | 36,295 |
| | |
| **CP16-PORT JERSEY-PORT AUTHORITY MARINE TERMINAL** | |
| DEVELOPMENT | 67,550 |
| INFRASTRUCTURE | 8,699 |
| INTERMODAL | 9,000 |
| ROADWAYS | 1,289 |
| SECURITY | 848 |
| CP16-PORT JERSEY-PORT AUTHORITY MARINE TERMINAL | 87,386 |
| | |
| **CP17-GREENVILLE YARD/NJNJ RAIL LLC** | |
| REGIONAL FREIGHT | 58,298 |
| CP17-GREENVILLE YARD/NJNJ RAIL LLC | 58,298 |
| | |
| **CP91-RED HOOK TERMINAL** | |
| INFRASTRUCTURE | 198 |
| CP91-RED HOOK TERMINAL | 198 |
| **PORT COMMERCE TOTAL** | **345,877** |

**REGIONAL CAPITAL PROGRAMS**

REGIONAL CAPITAL PROGRAMS

| | |
|---|---:|
| **REGIONAL CAPITAL PROGRAMS TOTAL** | **121,342** |

THE PORT AUTHORITY OF NEW YORK & NEW JERSEY
PRELIMINARY 2012 CAPITAL BUDGET
SORTED BY DEPARTMENT, FACILITY AND PROGRAM
(In thousands)

| | PRELIMINARY 2012 BUDGET |
|---|---|
| **TUNNELS, BRIDGES & TERMINALS** | |
| **CB02-HOLLAND TUNNEL** | |
| INFRASTRUCTURE | 23,949 |
| SECURITY | 1,307 |
| CB02-HOLLAND TUNNEL | 25,256 |
| | |
| **CB03-LINCOLN TUNNEL** | |
| BRIDGE | 356,300 |
| INFRASTRUCTURE | 21,545 |
| ROADWAYS | 22,434 |
| SECURITY | 1,524 |
| CB03-LINCOLN TUNNEL | 401,802 |
| | |
| **CB04-GEORGE WASHINGTON BRIDGE** | |
| BRIDGE | 45,145 |
| INFRASTRUCTURE | 9,747 |
| ROADWAYS | 15,454 |
| SECURITY | 1,883 |
| CB04-GEORGE WASHINGTON BRIDGE | 72,228 |
| | |
| **CB06-BAYONNE BRIDGE** | |
| BRIDGE | 11,771 |
| INFRASTRUCTURE | 3,231 |
| SECURITY | 230 |
| CB06-BAYONNE BRIDGE | 15,232 |
| | |
| **CB07-GOETHALS BRIDGE** | |
| BRIDGE | 26,482 |
| INFRASTRUCTURE | 10,044 |
| SECURITY | 287 |
| CB07-GOETHALS BRIDGE | 36,813 |
| | |
| **CB08-OUTERBRIDGE CROSSING** | |
| BRIDGE | 1,493 |
| INFRASTRUCTURE | 5,014 |
| ROADWAYS | 451 |
| SECURITY | 483 |
| CB08-OUTERBRIDGE CROSSING | 7,440 |

THE PORT AUTHORITY OF NEW YORK & NEW JERSEY
PRELIMINARY 2012 CAPITAL BUDGET
SORTED BY DEPARTMENT, FACILITY AND PROGRAM
(In thousands)

| | PRELIMINARY 2012 BUDGET |
|---|---|
| **CB48 - GWB BUS STATION** | |
| BRIDGE | 182 |
| INFRASTRUCTURE | 34,479 |
| SECURITY | 254 |
| **CB48 - GWB BUS STATION** | 34,916 |
| | |
| **CT06-PORT AUTHORITY BUS TERMINAL** | |
| INFRASTRUCTURE | 26,400 |
| SECURITY | 5,447 |
| **CT06-PORT AUTHORITY BUS TERMINAL** | 31,848 |
| **TUNNELS, BRIDGES & TERMINALS TOTAL** | **625,535** |
| | |
| **WORLD TRADE CENTER** | |
| WTC TRANSPORTATION HUB | 469,726 |
| WTC VEHICULAR SEC CTR&TOUR BUS PKNG FAC | 225,935 |
| WTC MEMORIAL | 16,715 |
| WTC SITE COMMON INFRASTRUCTURE | 315,752 |
| WTC PROPERTY MANAGEMENT FACILITY | 8,857 |
| CORTLANDT STREET STATION | 41,100 |
| WTC RETAIL REDEVELOPMENT - PHASE 1 | 188,624 |
| ONE WTC - MARKETING, LEASING AND BASE BUILDING IMPROVEMENTS | 36,371 |
| ONE WTC - CONSTRUCTION | 648,076 |
| TOWER 2 STRUCTURE TO GRADE | 50,000 |
| **WORLD TRADE CENTER TOTAL TOTAL** | **2,001,156** |
| | |
| **AGENCY SUBTOTAL** | **3,899,871** |
| **PROVISION FOR EFFICIENCY AND PHASING** | **(246,077)** |
| **CAPITAL PROGRAM TOTAL   $** | **3,653,794** |

## Revenues and Reserves
(In Thousands)

| | Preliminary 2012 Budget | 2011 Estimate | 2011 Budget | 2010 Actual |
|---|---|---|---|---|
| **Gross Operating Revenues** | $4,131,636 | $3,814,967 | $3,716,474 | $3,696,434 |
| Expenses: | | | | |
| Operating & Maintenance Expenses | 2,332,692 | 2,377,117 | 2,311,614 | 2,470,929 |
| Allocated Expenses | 198,805 | 180,487 | 187,494 | 190,040 |
| Total Operating Expenses | 2,531,497 | 2,557,604 | 2,499,108 | 2,660,968 |
| Operating Asset Obligations | 29,576 | 30,109 | 31,029 | 46,561 |
| Net Expenses (Recoverables) related to 9-11-01 | - | - | - | (53,051) |
| **Total Expenses** | 2,561,073 | 2,587,713 | 2,530,137 | 2,654,478 |
| **Net Operating Revenues** | 1,570,563 | 1,227,254 | 1,186,337 | 1,041,956 |
| Financial Income: | | | | |
| Interest Income | 41,415 | 53,260 | 45,166 | 55,835 |
| Net increase/(decrease) in fair value of investments | - | (83,260) | - | (56,735) |
| Restricted Net Assets - Port Authority Insurance Captive Entity, LLC | (3,100) | (3,217) | (3,970) | (102) |
| Grants and contributions in aid of construction | 533,036 | 417,911 | 522,163 | 367,810 |
| 1 WTC / WTC Retail Insurance Proceeds | 16,704 | 51,791 | 32,990 | 61,468 |
| Application of 4 WTC Associated Payments | 65,293 | 8,163 | - | - |
| Allocated Passenger Facility Charges | 215,127 | 210,082 | 216,598 | 207,122 |
| **Net Revenues Available for Debt Service and Reserves** | 2,439,038 | 1,881,984 | 1,999,284 | 1,677,354 |
| Debt Service: | | | | |
| Interest on Bonds and Other Obligations | 610,400 | 496,206 | 520,122 | 444,202 |
| Debt Maturities and Retirements | 205,410 | 140,390 | 178,610 | 178,095 |
| Repayment of Asset Financing Obligations | 16,494 | 20,253 | 2,700 | 30,062 |
| **Total Debt Service** | 832,304 | 656,850 | 701,432 | 652,359 |
| Increase in Reserves from Operations & Financial Income | 1,606,734 | 1,225,135 | 1,297,852 | 1,024,995 |
| Direct Investment in Facilities | (1,228,000) | (990,000) | (1,590,000) | (1,375,008) |
| Appropriation to / (from) Reserves for Self-Insurance | - | - | - | (3,971) |
| Net Increase / (Decrease) in Reserves for Year | 378,734 | 235,135 | (292,148) | (353,984) |
| Reserves, beginning of year | 2,431,147 | 2,196,012 | 2,327,857 | 2,549,996 |
| Reserves, end of year | $2,809,881 | $2,431,147 | $2,035,708 | $2,196,012 |