**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Richard W. Mark
Direct: +1 212.351.3818
Fax: +1 212.351.5338
RMark@gibsondunn.com

September 3, 2015

<u>BY ECF</u>

The Honorable Richard K. Eaton
United States Court of International Trade
One Federal Plaza
New York, New York 10278

Re: *Automobile Club of New York, d/b/a AAA New York and AAA North Jersey, Inc., v. Port Authority of New York and New Jersey*, 11 Civ. 6746 (RKE) (HBP)

Dear Judge Eaton:

We represent defendant Port Authority of New York and New Jersey (the "Port Authority") in in the above action. This letter is respectfully submitted to request a modification of the briefing schedule for defendant Port Authority's motion for summary judgment. Counsel for plaintiffs Automobile Club of New York, Inc. d/b/a AAA New York and AAA North Jersey, Inc. ("AAA") consents to the requested modification. Defendant Port Authority requests that this Court approve the following modification of the briefing schedule:

- The Port Authority shall file its reply papers to the Summary Judgment Motion on or before October 9, 2015.

We thank the Court for its consideration of this matter.

Respectfully,

Richard W. Mark

cc: All Counsel of Record (*via ECF filing*)