# Exhibit B

40

1        M. FABIANO - CONFIDENTIAL
2   projections of staff.  Then as I was
3   familiarizing myself with the position, I was
4   asking to see long-term forecasts, capital
5   expenditure needs, and assessing from my
6   perspective where the gaps were, where the
7   shortfalls were, and what was happening to our
8   revenue projections.
9              So it started, I would say, the
10  beginning of 2011, which is the first quarter,
11  more towards the end of the first quarter
12  where I was really focusing on getting up to
13  speed on the revenues, the forecast, the
14  capacity.
15       Q      As far as you know, before you
16  became CFO, had the prior CFO examined the
17  issue of whether a toll increase was needed
18  for The Port Authority?
19       A      I can't answer specifically yes or
20  no to that, but I can tell you that that CFO
21  was involved in the prior one, so that is part
22  of the analytical process that any CFO would
23  go through all the time because, once again,
24  long-term view, capacity, spending, and where
25  your revenue sources are coming in from all

```
                                                              41
                   M. FABIANO - CONFIDENTIAL
```

1  
2  your line businesses.  So you're looking once  
3  again at total Port Authority, total capacity,  
4  and then where your revenue sources are, and  
5  recognizing that the ITN, from our  
6  perspective, has always been a drag on The  
7  Port Authority, has always lagged behind,  
8  their revenues generated versus the needs of  
9  the ITN.  
10             So that is always in our forefront  
11  of thoughts of, okay, is this toll appropriate  
12  for the level of investment we're making in  
13  those facilities.  So, I mean, we're always  
14  thinking that to the degree we increase tolls,  
15  then we're reducing the drag of the ITN on the  
16  other facilities.  I mean, it's a deficit  
17  business.  
18       Q    When you were going through the  
19  process you described in examining the numbers  
20  and looking at whether a toll increase was  
21  needed, were you looking at the financial  
22  projections and financial data for the entire  
23  Port Authority?  
24       A    Yes.  
25       Q    During that process, were you

1       M. FABIANO - CONFIDENTIAL
2  looking at the line departments that comprise
3  the ITN in isolation to see if a toll increase
4  was necessary?
5       A    No.
6       Q    In the time that you have been
7  comptroller or CFO, you said the ITN has
8  always been a drag.
9       A    Uh-huh.
10      Q    Can you describe, what does that
11 mean?
12      A    For us, that the revenues
13 generated after paying operating expenses and
14 the capital requirements and the investments
15 needed in the ITN facilities do not generate
16 excess revenues to be used elsewhere along The
17 Port Authority.  It's not a cash cow, from our
18 perspective, where we're throwing off cash and
19 using that cash across the organization.
20      Q    Has The Port Authority done
21 analyses that support what you just described?
22           MR. SOUTHWELL:  Object to
23           the form.  You mean other than
24           what he's just said?  What do you
25           mean by --

43

1          M. FABIANO - CONFIDENTIAL
2      Q    You've described something, and
3  what I'm asking is:  Has The Port Authority
4  done analyses that reflect what you've just
5  described with respect to ITN revenues?
6      A    Periodically we look at what's
7  happened with departments.  We don't do it on
8  a regular basis or anything.  But it's always
9  been known that the toll and fare increases
10 have always lagged behind the need, and that's
11 always been what everybody has recognized
12 because you don't just go and get a toll and
13 fare increase.  It's after periods of
14 sometimes, sometimes years that it takes you
15 to get it.  So you've already lost years of
16 buying power from when you really needed the
17 toll and fare increase to when you actually
18 get it.  But formal reporting and documents
19 being passed around with here it is, it's a
20 loss again, is not done.
21     Q    When you look at, again in the
22 context of the ITN being a drag, if you look
23 at ITN revenues, what are the minuses from ITN
24 revenues that you're looking at in coming to
25 the conclusion that it's a drag?

1           M. FABIANO - CONFIDENTIAL

2        A     Yes.

3        Q     When was that?

4        A     Before -- well, we obviously had
5   to model it on what the capacity would be, so
6   it was before the letter when we made the
7   notice, what was that, August 5th or
8   something?

9        Q     There was a press release on
10  August 5, 2011.

11       A     Right, so probably the week before
12  that, to begin to run what the models would be
13  and the structure would be to figure out the
14  sizing of what we would be able to afford.

15       Q     Is it correct that you learned
16  what the amount of the toll and fare increase
17  would be shortly before the announcement on
18  August 5th?

19       A     I told you at least a week,
20  because we were running the number.  Once
21  again, many scenario, what if this, what if
22  that, and eventually, okay, if we're going to
23  do this, run the numbers and tell us what the
24  capacity would be, and it's what we did.

25       Q     When you talked about the reasons

M. FABIANO - CONFIDENTIAL

1  
2  for the need for a revenue enhancement, is it
3  correct that the coverage ratio was an issue
4  for you?
5      A    Long term, yes.
6      Q    And the capital ratio, was that
7  also an issue?
8      A    I don't know what the capital
9  ratio is.
10     Q    I thought you had said something
11 about a capital ratio. Capital ratio, is that
12 a term that you're familiar with?
13     A    No, it's coverage ratio, the 1.3
14 test.
15     Q    What is the coverage ratio for the
16 1.3 test?
17     A    That the future maximum debt
18 service year, your net revenues available for
19 debt service have to exceed your future
20 maximum debt service year by at least 1.3
21 times before you're eligible to be able to
22 issue additional bonds for new money purposes.
23 So in order for them to be able to continue to
24 access the capital markets, there's an
25 indicator for us.

84

1        M. FABIANO - CONFIDENTIAL
2        Q      Where does that come from?
3        A      The consolidated bond resolution.
4        Q      Are there any other ratios that
5   were part of your analysis on the need for
6   revenue enhancement for The Port Authority?
7        A      We look at various rating agency
8   metrics, I don't have them in front of me
9   right now, but there's three or four metrics
10  that we know the ratings agencies are
11  concerned with, one being gross revenues to
12  total debt outstanding not exceeding five
13  times, and things like that.  So we're aware
14  of some of the ratios and we always manage to
15  four or five of them.
16             So when we're doing our analysis,
17  we see which ones are going to be there over
18  our ten-year horizon, try to look ten years
19  all the time, and where we might have pressure
20  and where ratios may be approaching those
21  cutoff points or falling below those points.
22       Q      Was the cost of the World Trade
23  Center at all part of the analysis of the need
24  for revenue enhancement for The Port
25  Authority?

85

M. FABIANO - CONFIDENTIAL

1
2   A      Once again, we do things on a
3   corporate level.  So all the revenues are in
4   there from the whole Port Authority, all the
5   expenses of the whole Port Authority are in
6   there, all the capital expenses of the entire
7   Port Authority are in those numbers, and all
8   the debt for the entire Port Authority.  So
9   the ratios are built on the entire Port
10  Authority and not just on individual
11  facilities or departments.
12       Q      Are you at all involved in the
13  drafting or issuance of press releases for The
14  Port Authority?
15       A      Not really.  I look at them for
16  any obvious flaws, but nothing.  I don't write
17  the press releases.
18       Q      Do you at times review a press
19  release before it's issued for accuracy or for
20  some other reason?
21       A      Periodically, yes.
22       Q      During the time period we've been
23  describing, where you and others within your
24  department were looking at the need for
25  revenue enhancement, were there also analyses

115

M. FABIANO - CONFIDENTIAL

1
2          MR. SOUTHWELL:  Objection.
3    I instruct you not to answer on
4    the same basis.
5  Q    From August 5th, when a
6 $33 billion capital plan was announced, to
7 August 19, 2011, were there discussions within
8 The Port Authority of how to reduce the
9 ten-year capital plan?
10         MR. SOUTHWELL:  I'm sorry,
11    can you repeat the question?
12    (Record read.)
13         MR. SOUTHWELL:  I'm going
14    to object to the form.  It
15    mischaracterizes the testimony
16    with respect to the capital plan.
17  Q    You can answer.
18  A    I'm not aware of any discussions.
19 I mean, the toll and fare was proposed, the
20 size of the capacity envelope was identified,
21 and that was the end of it.  I would not go in
22 and say, okay, let's start reducing the
23 capacity envelope or what makes up the
24 projects that end up in that plan.
25  Q    Did you make a presentation to the

116

M. FABIANO - CONFIDENTIAL

1
2   board of commissioners on August 19, 2011?
3        A     Yes.
4        Q     Did you make a presentation in
5   both an executive session and public session?
6        A     Yes.
7        Q     Which came first?
8        A     Executive session.
9        Q     Were you involved in planning what
10  information would go to the commissioners with
11  respect to their determination of whether to
12  approve a toll increase?
13       A     When you're talking about
14  determination, if you mean did I develop with
15  my staff the slides that supported the toll
16  and fare increase and the rationale, the
17  answer is yes, that was created by my
18  departments for me.
19       Q     Do you know, in addition to your
20  presentation to the commissioners, what
21  information was presented to them?
22       A     I assume this was all the
23  information presented to them.
24       Q     Do you know if anything else was
25  presented to them?

153

1        M. FABIANO - CONFIDENTIAL
2    said was the capacity window.
3        Q    Exhibit A is a copy of the
4    preliminary capital plan for the ITN?
5        A    Exhibit A represents the
6    facilities at a facility level and the dollars
7    spending by year for the ITN during the period
8    2011 to 2020.
9        Q    And that's the preliminary capital
10   plan for the ITN for that period?
11       A    Yes.
12       Q    You did not present a $10.786
13   billion preliminary capital plan for the ITN
14   to the commissioners in August, correct?
15       A    Correct.  As I mentioned earlier,
16   this was developed in response to the
17   affirmations that the toll revenues that were
18   being collected were in excess of the capital
19   expenditures and the operating expenses of the
20   ITN, and this rebuts -- which is our rebuttal
21   to your litigation.
22       Q    Had you ever seen a document like
23   this prepared within The Port Authority before
24   you prepared Exhibit A for this affidavit?
25       A    No.

154

M. FABIANO - CONFIDENTIAL

2                MR. SOUTHWELL:  I'm sorry,
3        I want to state an objection just
4        to the form.  When you say like
5        this, are you referring to a
6        capital plan?  When you say like
7        this, I guess I want it to be
8        clear what you mean by that.
9                MR. MULRY:  Exhibit A.
10    A      A distinct ITN spread.
11    Q      Correct.
12    A      Right.
13           Can I go back and clarify?
14    Q      I'm sorry, you're referring to
15 Exhibit A?
16    A      Exhibit A is an extraction of the
17 ITN facilities that make up and comprise,
18 during the same period, what we call the
19 preliminary $25 billion plan.  So these are
20 the elements that represent the ITN's
21 components of that program, or those amounts.
22    Q      In effect, would it be correct to
23 say Exhibit A is a subset of the $25.1 billion
24 preliminary capital plan for the entire Port
25 Authority?

155

M. FABIANO - CONFIDENTIAL

2  A    That would be correct to say.
3  Q    If you could go to Exhibit B.
4  A    Yes.
5  Q    What is Exhibit B?
6  A    Exhibit B is designed to show revenues collected, less expenses, less debt service payments, less capital paid with cash, that we actually paid cash for using reserves, what we call reserves, but it's just other amounts in the capital fund, and also any debt service interest payments.  So it's designed to be a cash flow of what happened in 2007 to 2010 in the first column, and then the second and third columns are both projected financial data, and what this was an attempt to do was to say if you try going back to the argument that the ITN was generating excessive cash, this shows, the middle column, on a cash basis that the revenues, and this includes the total revenues from the toll increase being added in up top, plus an assumed CPI increase of $1, I believe, in 2018 to take effect, less operating expense, all this is projections now that we do in budgeting, gives you net

267

M. FABIANO - CONFIDENTIAL

1
2           with by the Court, I have no
3           further questions with you at this
4           time.
5                MR. SOUTHWELL:  I just
6           have a couple of follow-ups.
7    EXAMINATION BY
8    MR. SOUTHWELL:
9        Q     Could you take a look at
10   Plaintiff's Exhibit 18, it's the press
11   release, the August 5, 2011 press release.
12   Directing your attention to the end of the
13   first paragraph following the bullets, do you
14   see the line that indicates that proposed a
15   two-phase toll and fare increase to fully fund
16   a new $33 billion 10-year capital plan.  Do
17   you see that?
18       A     Yes.
19       Q     You were asked some questions
20   about that during Mr. Mulry's examination.  To
21   be clear, would the toll and fare increase, in
22   fact, fund $33 billion of capital projects?
23       A     No.
24       Q     Could you explain that, please?
25       A     Sure.  That is incremental revenue

```
 1                M. FABIANO - CONFIDENTIAL
 2    combined with the existing revenues of the
 3    rest of The Port Authority from all sources
 4    that would then be able to flow down to be
 5    able to finance capital.  So all the
 6    businesses, aviation, port, TB&T in this case,
 7    PATH, economic development projects such as
 8    the teleport revenues, the sum total of all
 9    those revenues that exist right now, plus the
10    incremental revenues that would be generated
11    by this toll and fare increase, combined give
12    me a capital capacity window over a ten-year
13    period of $33 billion agency-wide.  It's not
14    these dollars from this toll and fare
15    generates $33 billion capacity.  It's the
16    total Port Authority existing revenue stream,
17    plus this incremental revenue stream, because
18    our capacity before this was in the
19    $20 billion range and this incrementalizes it.
20         Q    You referred to the overall Port
21    Authority capacity and you were asked various
22    questions today about the agency's existence
23    as a pooled revenue agency.  Can you explain
24    why that's important to a financial picture of
25    The Port Authority?
```

1             M. FABIANO - CONFIDENTIAL

2        A      Well, since 1931, when the general

3   bond reserve fund was created, in order to be

4   able for The Port Authority to finance

5   facilities and take on new facilities and

6   projects, they needed to have the revenue of

7   the combined existing facilities used to

8   convince the bondholders that there was value

9   here and, in fact, they would get paid.

10               So it's always been the pooled

11  revenue concept, that is the sum of the whole,

12  because many times when a business is starting

13  up, their revenues aren't going to be there

14  initially to support it, but it's that concept

15  of other facilities would support it follow

16  such time as it was able to be self-

17  sustaining, potentially, or if not, add to the

18  mix, recognizing that The Port Authority's

19  mission isn't just to generate profit, The

20  Port Authority's mission exists to serve the

21  public and facilitate transportation, regional

22  development, as well as the movement of goods

23  and commerce efficiently throughout this

24  region, and we are one of the largest

25  enterprises that do that, I think, in the

270

M. FABIANO - CONFIDENTIAL

2  world probably, in such a concentrated area.
3              To us, PATH will never make a
4  dime.  In fact, even the airports, which looks
5  like such money makers now, when they were
6  initially acquired, did not make money,
7  LaGuardia and Kennedy.  But it was the pooled
8  agency concept of using all the money from all
9  the existing facilities that, in fact,
10 supported our ability to take them on
11 initially and grow those businesses.  In that
12 case, it panned out.
13             In the case of PATH, it was never
14 going to pan out.  In fact, PATH, for lack of
15 a better term, was acquired as part of the
16 reason and the authorization to build the
17 World Trade Center site.  So when that deal
18 was struck, in order for The Port Authority to
19 build the original World Trade Center, you
20 were going to take on the bankrupt H&M
21 railroad.
22             And it's always been, once again,
23 not pure business decisions because nobody
24 would have taken that on, but it's that pooled
25 revenue concept that allows us to say we can

271

M. FABIANO - CONFIDENTIAL

absorb these kinds of projects and these kinds of facilities as long as they're part of the mix.

    Q    And PATH is part of the Interstate Transportation Network?

    A    Yes.

    Q    Because in part, in bringing people across the Hudson River without using the bridges and tunnels?

    MR. MULRY:  Objection to form.

    A    Okay.  PATH is part of the Interstate Transportation Network because those of our commutation facilities.  The bus terminals serve the passengers that go back and forth for business, the automobiles and the trucks are the business that use the tunnels and bridges, the ferries are also the passengers that are going back and forth, and the PATH is also passenger related.  So those are different than an airport business.  This is strict commutation kind of work, it's strictly business to business, back and forth with the trucks delivering.  So all of those