UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :

AUTOMOBILE CLUB OF NEW YORK,     :
INC. d/b/a AAA NEW YORK and AAA
NORTH JERSEY, INC.,                            :

                Plaintiffs,                    :

    -against-                                  :   No. 11 Civ. 6746 (RKE) (HBP)

THE PORT AUTHORITY OF NEW YORK  :
AND NEW JERSEY,

                Defendant.                :
-------------------------------------------------------x

**CERTIFICATE OF COMPLIANCE REGARDING DEFENDANT
PORT AUTHORITY'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT
OF ITS MOTION FOR SUMMARY JUDGEMENT**

 

GIBSON, DUNN & CRUTCHER LLP
RICHARD W. MARK
NANCY E. HART
200 Park Avenue
New York, NY  10166-0193
Telephone:    212.351.4000
Facsimile:     212.351.4035

*Attorneys for Port Authority of
New York and New Jersey*

I, Richard W. Mark, certify that Defendant Port Authority of New York and New Jersey's Reply Memorandum of Law in Further Support of its Motion for Summary Judgment complies with Judge Eaton's Chambers Procedures Rule 2(B).

I further certify that, in preparation of this memorandum, I used Microsoft Word and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 6982 words.

Dated:   October 9, 2015

                Gibson, Dunn & Crutcher LLP


                By:   /s/ Richard W. Mark
                Richard W. Mark (RM-6884)
                Nancy E. Hart (NH-1789)

                200 Park Avenue
                New York, NY  10166-0193
                Telephone: 212.351.4000
                Facsimile:  212.351.4035


                *Attorneys for Port Authority of New York and New Jersey*