UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
AUTOMOBILE CLUB OF NEW YORK, INC.,                          :
d/b/a AAA New York, and AAA NORTH                           :
JERSEY, INC.,                                               :
                                                            :
                Plaintiffs,                 :      11 Civ. 6746 (RKE)
                                                            :
      v.                                                  :      **ORDER**
                                                            :
THE PORT AUTHORITY OF NEW YORK                              :
AND NEW JERSEY,                                             :
                                                            :
                Defendant.                  :
------------------------------------------------------------x

Upon consultation with the parties, and after due deliberation, it is hereby

ORDERED that the court will hear oral argument on defendants Port Authority of New York and New Jersey's Motion for Summary Judgment (ECF Dkt. No. 132); and it is further

ORDERED that the parties appear for oral argument in the above-captioned case on January 28, 2016 at 2:00 p.m. in Courtroom 2 at the United States Court of International Trade, One Federal Plaza, New York, New York 10278.

It is SO ORDERED.

Dated:      December 23, 2015
               New York, New York

                                              /s/          Richard K. Eaton
                                                        Senior Judge

---

       *     Judge Richard K. Eaton of the United States Court of International Trade, sitting by designation.