UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

AUTOMOBILE CLUB OF NEW                          :
YORK, INC. d/b/a AAA NEW YORK
and AAA NORTH JERSEY, INC.,                      :          11 CIV 6746
                                                                                  (RKE) (HBP)
                                          Plaintiffs,    :

                                                                           **NOTICE OF CHANGE**
                 -against-                                   :          **OF ADDRESS**

THE PORT AUTHORITY OF NEW YORK           :
AND NEW JERSEY,

                                                                    :

                                          Defendant.
-----------------------------------------------------------------X

        PLEASE TAKE NOTICE that the attorneys of record for Plaintiffs have changed

their address and that henceforth all papers herein should be delivered to Farrell Fritz,

P.C., Grand Central Plaza, 622 Third Avenue, Suite 37200, New York, New York 10017.

Dated: New York, New York
           June 2, 2016


                                                    Respectfully Submitted,

                                                    FARRELL FRITZ, P.C.

                                       By:      /s/ Michael F. Fitzgerald
                                                    Michael F. Fitzgerald
                                                    Kevin P. Mulry
                                                    *Attorneys for Plaintiffs*
                                                    622 Third Avenue, Suite 37200
                                                    New York, New York 10017
                                                    (212) 687-1230