UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AUTOMOBILE CLUB OF NEW
YORK, INC. d/b/a AAA NEW YORK
and AAA NORTH JERSEY, INC.,         :    11 CIV 6746
                                    :    (RKE) (HBP)
                    Plaintiffs,     :
                                    :    **STIPULATION**
          -against-                 :    **AND ORDER**

THE PORT AUTHORITY OF NEW YORK      :
AND NEW JERSEY,
                                    :
                    Defendant.
---------------------------------------------------------------X

    IT IS HEREBY STIPULATED that plaintiff Automobile Club of New York, Inc. has consolidated with AAA Southern New England to become AAA Northeast and that the caption of this action is hereby changed to:

---------------------------------------------------------------X
AAA NORTHEAST and AAA NEW JERSEY, INC.,   :
                                          :
                    Plaintiffs,           :
                                          :    11 Civ 6746
          -against-                       :    (RKE) (HBP)
                                          :
THE PORT AUTHORITY OF NEW YORK            :
AND NEW JERSEY,                           :
                                          :
                    Defendant.            :
                                          :
---------------------------------------------------------------X

Dated: New York, New York
June 7, 2016

                        Respectfully Submitted,

                        FARRELL FRITZ, P.C.

By: _/s/ Michael F. Fitzgerald_
      Michael F. Fitzgerald
      Kevin P. Mulry
      *Attorneys for Plaintiffs*
      622 Third Avenue, Suite 37200
      New York, New York 10017
      (212) 687-1230


                        GIBSON DUNN & CRUTCHER LLP

By: _/s/ Richard W. Mark_
      Richard W. Mark
      Nancy E. Hart
      *Attorneys for Defendant*
      200 Park Avenue
      New York, New York 10166
      (212) 351-3818
      Fax: (212) 351-5338


So Ordered; June ____, 2016


_____
Robert K. Eaton
Judge
USCIT