UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AUTOMOBILE CLUB OF NEW          :
YORK, INC. d/b/a AAA NEW YORK
and AAA NORTH JERSEY, INC.,     :          11 CIV 6746
                                           (RKE) (HBP)
                  Plaintiffs,   :
                                           **STIPULATION**
        -against-               :          **AND ORDER**

THE PORT AUTHORITY OF NEW YORK  :
AND NEW JERSEY,
                                :
                  Defendant.
-----------------------------------------------------------X

        IT IS HEREBY STIPULATED that plaintiff Automobile Club of New York, Inc.

has consolidated with AAA Southern New England to become AAA Northeast and that

the caption of this action is hereby changed to:


- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
AAA NORTHEAST and AAA NEW JERSEY, INC.,    :
                                           :
                  Plaintiffs,              :
                                           :
                                           :   11 Civ 6746
        -against-                          :   (RKE) (HBP)
                                           :
THE PORT AUTHORITY OF NEW YORK             :
AND NEW JERSEY,                            :
                                           :
                  Defendant.               :
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Dated: New York, New York
       June 7, 2016

Respectfully Submitted,

FARRELL FRITZ, P.C.

By: _____
    Michael F. Fitzgerald
    Kevin P. Mulry
    *Attorneys for Plaintiffs*
    622 Third Avenue, Suite 37200
    New York, New York 10017
    (212) 687-1230

GIBSON DUNN & CRUTCHER LLP

By: _____
    Richard W. Mark
    Nancy E. Hart
    *Attorneys for Defendant*
    200 Park Avenue
    New York, New York 10166
    (212) 351-3818
    Fax:  (212) 351-5338

So Ordered; June 2̶3̶, 2016

/s/                Richard K. Eaton
_____
                     Judge

Robert K. Eaton      Richard K. Eaton
Judge
USCIT

USDJ, by designation