

**Kevin P. Mulry**
Partner

Direct Dial: 516.227.0620
Direct Fax: 516.336.2262
kmulry@farrellfritz.com

1320 RXR Plaza
Uniondale, NY 11556
www.farrellfritz.com

Our File No.
20986-104

August 17, 2016

By ECF
Honorable Richard K. Eaton
United States Court of International Trade
One Federal Plaza
New York, New York 10278-0001

Re:  **AAA New York Northeast and AAA North Jersey, Inc. v. Port Authority of New York and New Jersey, No. 11 Civ 6746 (RKE) (HBP)**

Dear Judge Eaton:

We represent Plaintiffs AAA Northeast and AAA North Jersey, Inc. in the above-captioned action. Enclosed is a copy of a decision reached last week in *American Trucking Association v. New York State Thruway Authority*, No. 13-cv-8123 (S.D.N.Y.) (McMahon, J.). This case addresses the application of the Dormant Commerce Clause to the use of toll revenue, which is an issue the parties in the case at bar have addressed in briefing the defendant's pending motion for summary judgment. Please advise as to whether the Court desires letter briefs with respect to the application of the *American Trucking Association* case to the pending motion.

Respectfully submitted,

Kevin P. Mulry

Kevin P. Mulry

cc:  (by ECF and e-mail)
Richard W. Mark, Esq.
Nancy Hart, Esq.
Kathleen Miller, Esq.
Michael F. Fitzgerald, Esq.